UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 FEB -6  AM 9: 51

MARGARET BOTKINS,CLERK
CHEYENNE

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Technologic USA Inc.,<br>Defendants | §<br>§<br>§<br>§ Case 19-cv-00231-F<br>§<br>§<br>§<br>§<br>§ |

**Plaintiff's Second Amended Complaint**

**Parties**

1. The Plaintiff is Craig Cunningham and natural person and was present in Texas for all calls in this case in Collin County.

2. Technologic USA Inc., is a Defunct Wyoming Corporation and can be served at 109 E 17th Street ste 5039, Cheyenne, WY 82001  or via corporate officer or via secretary of state.

3. John/Jane Does 1-4 are other liable parties currently unknown to the Plaintiff.

**JURISDICTION AND VENUE**

4. Jurisdiction.  This Court has federal-question subject matter jurisdiction over Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012). This Court has supplemental subject matter jurisdiction over Plaintiff's claim arising under Texas Business and Commerce Code 305.053 because that claim: arises from the same nucleus of operative fact, i.e., Defendants' telemarketing robocalls to Plaintiff; adds

2\

little complexity to the case; and doesn't seek money damages, so it is unlikely to predominate over the TCPA claims.

5. **Personal Jurisdiction.** This Court has general jurisdiction over the defendant because the corporation was formed in this district.

6. This Court has specific personal jurisdiction over the defendants because the calls at issue were sent by or on behalf of the defendants from this district.

7. **Venue.** Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1)-(2) because a substantial part of the events giving rise to the claims—the calls originated from this District and because the defendants reside in this District.

8. This Court has venue over the defendants because the calls at issue were sent by the above named defendants to the Plaintiff from this district.

**THE TELEPHONE CONSUMER PROTECTION ACT OF 1991, 47 U.S.C. § 227**

9. In 1991, Congress enacted the TCPA in response to a growing number of consumer complaints regarding telemarketing.

10. The TCPA makes it unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." 47 U.S.C. § 227(b)(1)(A)(iii).

11. The TCPA makes it unlawful "to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party, unless the call is initiated for emergency

purposes, is made solely pursuant to the collection of a debt owed to or guaranteed by

the United States, or is exempted by rule or order" of the Federal Communication

Commission ("FCC"). 47 U.S.C. § 227(b)(1)(B).

12. The TCPA provides a private cause of action to persons who receive calls in violation

of § 227(b). 47 U.S.C. § 227(b)(3).

13. Separately, the TCPA bans making telemarketing calls without a do-not-call policy

available upon demand. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(d)(1).[1]

14. The TCPA provides a private cause of action to persons who receive calls in

violation of § 227(c) or a regulation promulgated thereunder. 47 U.S.C. § 227(c)(5).

15. According to findings of the FCC, the agency vested by Congress with authority to

issue regulations implementing the TCPA, automated or prerecorded telephone calls

are a greater nuisance and invasion of privacy than live solicitation calls and can be

costly and inconvenient.

16. The FCC also recognizes that "wireless customers are charged for incoming calls

whether they pay in advance or after the minutes are used." *In re Rules and

Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 18 FCC Rcd. 14014,

14115 ¶ 165 (2003).

17. The FCC requires "prior express written consent" for all autodialed or prerecorded

telemarketing robocalls to wireless numbers and residential lines.  In particular:[A]

consumer's written consent to receive telemarketing robocalls must be signed and be

sufficient to show that the consumer:  (1) received clear and conspicuous disclosure

of the consequences of providing the requested consent, *i.e.*, that the consumer will

---

[1] *See* Code of Federal Regulations, Title 47, Parts 40 to 60, at 425 (2017)
(codifying a June 26, 2003 FCC order).

receive future calls that deliver prerecorded messages by or on behalf of a specific

seller; and (2) having received this information, agrees unambiguously to receive

such calls at a telephone number the consumer designates. In addition, the written

agreement must be obtained without requiring, directly or indirectly, that the

agreement be executed as a condition of purchasing any good or service.

18. *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of
1991*, 27 FCC Rcd. 1830, 1844 ¶ 33 (2012) (footnote and internal quotation marks
omitted). FCC regulations "generally establish that the party on whose behalf a
solicitation is made bears ultimate responsibility for any violations." *In the Matter of
Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, 10 FCC
Rcd. 12391, 12397 ¶ 13 (1995).

19. The FCC confirmed this principle in 2013, when it explained that "a seller … may be
held vicariously liable under federal common law principles of agency for violations
of either section 227(b) or section 227(c) that are committed by third-party
telemarketers." *In the Matter of the Joint Petition Filed by Dish Network, LLC*, 28
FCC Rcd. 6574, 6574 ¶ 1 (2013).

20. Under the TCPA, a text message is a call. *Satterfield v. Simon & Schuster, Inc.*, 569
F.3d 946, 951 – 52 (9th Cir. 2009).

21. A corporate officer involved in the telemarketing at issue may be personally liable
under the TCPA. *E.g.*, *Jackson Five Star Catering, Inc. v. Beason*, Case No. 10-
10010, 2013 U.S. Dist. LEXIS 159985, at *10 (E.D. Mich. Nov. 8, 2013) ("[M]any
courts have held that corporate actors can be individually liable for violating the
TCPA where they had direct, personal participation in or personally authorized the

conduct found to have violated the statute." (internal quotation marks omitted));

*Maryland v. Universal Elections*, 787 F. Supp. 2d 408, 415 – 16 (D. Md. 2011) ("If

an individual acting on behalf of a corporation could avoid individual liability, the

TCPA would lose much of its force.").

### The Texas Business and Commerce Code 305.053

22. The Texas Business and Commerce code has an analogus portion that is related to the

TCPA and was violated in this case.

23. The Plaintiff may seek damages under this Texas law for violations of 47 USC 227 or

subchapter A and seek $500 in statutory damages or $1500 for willful or knowing

damages.

### FACTUAL ALLEGATIONS

24. The Plaintiff has recieved at least 198 calls over several years to his cell phones, 615-

331-7262, 615-212-9191, and 615-348-1977 without consent and not related to an

emergency purpose selling all manner of products from alarm systems to MLM get

rich quick schemes to travel clubs, debt relief services, and outright attempts at fraud..

The entity Technologic USA, Inc. was intentionally designed as a 100% illegal

dialing platform for non-compliant telemarketers to make untraceable calls by the

millions of calls each day. The calls are alleged below in Exhibit A.

25. Technologic USA, Inc. no longer maintains a registered agent in Wyoming and thus

must be served via secretary of state. Officially, Technologic USA, Inc ceased being a

legal entity in 2016 as the corporation was administratively dissolved and their

registered agent resigned in 2017. Unoffically, Technologic USA, Inc. continues to

operate to this day without being a recognized legal entity in any state.

26. Technologic USA, Inc., placed each and every one of the 198 calls to the Plaintiff on Exhibit A and were initiated using an automated telephone dialing system and pre-recorded message.

### Calls placed by Technologic USA

27. Mr. Cunningham received multiple calls from a variety of spoofed caller ID's that contained a pre-recorded message and were initiated using an automated telephone dialing system. The calls were on behalf of a variety of illegal telemarketers spamming the Plaintiff and likely almost every other consumer in the USA. The calls generally had a delay of 3-4 seconds of dead air before an audible tone connected the Plaintiff to a representative, indicating the calls were initiated using an ATDS in violation of 47 USC 227(b).

28. **The only Entity actually involved in the calls to the Plaintiff is and has always been Technologic USA, Inc despite various other variations of Technologic being used.**

29. The one common element that ties Technologic USA, Inc. with the other entities involved is the use of a Wells Fargo bank account ending in 8060 that is titled in the name of Technologic USA, Inc. By simply following the money, it became apparent which entity is actually involved in the placement of these calls to the Plaintiff. Although, other names were used, such as Technologic, LLC or Technologic, Inc. the one and only entity actually involved and recieving payments, making payments, and initiating the phone calls has always been Technologic USA, Inc.

30. **Linking the calls on Exhibit A from Connexum to Technologic USA, Inc.**

31. First, to link the calls on the Connexum spreadsheet with Technologic, USA, Inc.,

32. In total, the Plaintiff recieved 199 calls detailed below in exhibit A. These call records and deposition testimoney from Christopher Hall, (Ex B) a 30(b)(6) rep of Connexum, LLC a long distance carrier indicate the calls were placed by Technologic, LLC, but in reality, the money is being paid to Connexum came from Technologic USA, Inc and a bank account titled in the name of Technologic USA, Inc., ending in 8060. For example, according to Ex H, on 5/6/2015, when Technologic USA, Inc., was an active Wyoming Corporation, funds were sent via wire in the amount of $15,714.29 to Connexum, LLC. Additionally, on 5/8/2015, funds were sent in the amount of $30,324.84 to Connexum, LLC. Other transactions occured on 5/12/2015, 5/18/2015, and 5/21/2015 from the same account to Connexum, LLC totalling over $100,000 on those respective dates. Clearly, the Technologic entity being referred to by Christopher Hall is Technologic USA, Inc.

33. To clear up any possible doubt that there are two similarly named entities doing business with Connexum, in the deposition testimony of Christopher hall, this very question was posed to him and after checking the records of Connexum, Mr. Hall stated: "That's the only name we know them under is Technologic, LLC". So there is only one Technologic entity that does business with Connexum, and the entity that has been making payments to Connexum is Technologic USA, Inc., according to bank records.

**34. Linking Technologic USA, Inc. to Michael Montes.**

35. Similarly, on Exhibit H, there is a Wells Fargo Direct Pay payment from Michael Montes into account 8060 on 5/29/2015 in the amount of $8,000. Although Michael Montes' testimoney referenced Technologic, LLC, in reality he was making payments

for dialing mintues to Technologic USA, Inc., as well into the very same checking
account ending in 8060 that payments to Connexum, LLC were regularly made.

36. Again, just to be sure that there is no possible confusion or some other person
similarly named Michael Montes that also has a telemarketing company and is
making payments to Technologic USA, Inc., a further reveiw of bank statements of
both Michael Montes and Technologic USA, Inc. shows identical payments identical
dates.

37. In this case, compare the Wells fargo account ending in 6739 (EX K),
Tollfreezone.com, Inc's bank records with the account ending in 8060 (Ex L), the
bank records for Technologic USA, Inc. In this case, there were payments from 6749
in the amount of $3908 on 2/6/2017 to "Technologic, Inc" despite Michael Montes
giving testimoney that he made payments to "Technologic, LLC" in his deposition.
Also, there was a transaction oon 2/16/2017 in the amount of $371. On the exact same
day, deposits in the exact same amount are posted into the account of Technologic
USA, Inc., ending in 8060, not Technologic, LLC and not Technologic, Inc.

38. Similar bank records show a straight line connection between payments from
Tollfreezone.com, Inc in March 2017 to Technologic USA, Inc. (see Ex M) and (Ex
N) on 3/6/2017 in the amount 4153.02 and on 3/13/2017 in the amount of $4,470.51.

39. In conclusion, while the Deposition testimoney of Christopher Hall and call records
show "Technologic, LLC", in reality the money is being paid to Connexum, from a
Wells Fargo Bank account titled in the name of Technologic USA, Inc (ex H). For
example in May 2015, there were multiple transaction sent to Connexum, LLC from
Technologic USA, Inc., and according to Chris Hall, there is one and only one entity

named Technologic and the only entity making regular payments to Connexum and

receiving payments from Michael Montes is Technologic USA, Inc. This indicates

that despite the various names being used by the various parties referencing

Technologic, LLC or Technologic, Inc., in reality Technologic USA, Inc., is the one

and only entity that is actually being referenced.

### Knowing and Willful violations and violations of DNC requests

40. The Plaintiff had repeatedly sued multiple customers of Defendant Technologic

including Select Student Loan Help, LLC (Cunningham v Select Student Loan Help,

3:15-cv-00554, M.D. Tennessee 2015) , Alliance Security (Cunningham v Alliance

Security 3;14-cv-00769, M.D. Tennessee 2014), and Michael Montes (Cunningham v

Michael Montes 3:16-cv-00761 W.D. Wisconsin 2016), owner of Tollfreezone.com,

Inc., a telemarketer that uses Defendant Technologic to place calls according to sworn

deposition testimony by Michael Montes. (Ex B).

41. The Plaintiff notes that these telemarketers were so bad that Select Student Loan Help

was sued by the FTC (Ex C) and Alliance Security was sued by the FTC twice for

violating Federal telemarketing laws (Ex D and E). Michael Monts has been sued by

the attorney general of Missiouri (Ex F) and fined by the Mississippi public utility

commission for making illegal telemarketing calls (Ex G).

42. These are the absolute worst telemarketers and the one common element is that they

are using a stealth telemarketing platform purpose built and designed to facilitate

illegal telemarketing calls.

43. Michael Montes stated that he has stopped taking on telemarketing clients because of

the lawsuits filed against him by the Plaintiff (page 42 of the transcript, Ex J) and

further stated that "People who threaten lawsuits or actually file lawsuits" (page 90 of

the transcript) are added to the "Militant DNC list" which is maintained by

Technologic.

44. Despite these lawsuits and claims by Michael Montes that the Plaintiff is on a litigator

list known as the "Militant DNC list" calls continued. Defendant Technologic has

been on notice since at least 2014 that the Plaintiff did not want to recieve additional

telemarketing calls.

45. Each and every call was initiated using a spoofed caller ID, and each and every

telemarketer the Plaintiff spoke with failed to properly identify themselves and the

parties they were calling on behalf of in violation of 47 USC 227(c)(5) as codified by

47 CFR 64.1200(d) and the Texas business and commerce code 305.053.

46. Each and every call was placed without the maintenance of an internal  do-not-call

policy. Each and every call failed to identify the telemarketers and parties they were

calling on behalf of. Each and every call was placed without training their

agents/employees on the use of an internal do-not-call policy. These actions violate

47 USC 227(c)(5) as codified by 47 CFR 64.1200(d)

47. Mr. Cunningham has a limited data plan. Incoming calls chip away at his monthly

allotment.

48. Mr. Cunningham has limited data storage capacity on his cellular telephone.

Incoming telemarketing calls consumed part of this capacity.

49. No emergency necessitated the calls

50.  Each call was sent by an ATDS.

**Direct Liabity of Technologic USA**

51. These party Technologic USA is directly liable for the calls placed and as well as liable because any other result would impair the underlying purpose of the TCPA.

## TECHNOLOGIC USA SHOULD BE HELD LIABLE TO UPHOLD THE DETERRENT EFFECT AND PURPOSE OF THE TCPA

52. As the court ruled in Jackson v Caribbean Cruise Line, Inc., the defendant sellers should be held liable for their violations of the TCPA. Courts have looked at the purpose of the TCPA and found that not holding the sellers liable through vicarious liability would undermine the purpose of the TCPA.

53. Sellers are in the best position to monitor and police third party telemarketer's compliance with the TCPA and to hold otherwise would leave consumers without an effective remedy for telemarketing intrusions.

## INJURY, HARM, DAMAGES, and ACTUAL DAMAGES AS A RESULT OF THE CALLS

54. Defendant's calls  harmed the Plaintiff by causing the very harm that Congress sought to prevent—a "nuisance and invasion of privacy."

55. Defendant's calls harmed the Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone.

56. Defendant's  calls harmed the Plaintiff by trespassing upon and interfering with Plaintiff's rights and interests in Plaintiff's cellular telephone line.

57. Defendant's  calls  harmed the Plaintiff by intruding upon Plaintiff's seclusion.

58. The Plaintiff has been harmed, injured, and damages by the calls including, but not limited to:

- Reduced Device Storage space

- Reduced data plan usage

- Invasion of privacy

- Lost time tending to text messages

- Decreased cell phone battery life

- More freqent charging of my cell phone resulting in reduced enjoyment and usage of my cell phone

- Reduced battery usage

- Annoyance

- Frustruation

- Anger

### The Plaintiff's cell phone is a residential number

59. The text messages were to the Plaintiff's cellular phonne 615-348-1977, 615-212-9191, and 615-331-7262, which is the Plaintiff's personal cell phone that he uses for personal, family, and household use. The Plaintiff maintains no landline phones at his residence and has not done so for at least 10 years and primarily relies on cellular phones to communicate with friends and family. The Plaintiff also uses his cell phone for navigation purposes, sending and receiving emails, timing food when cooking, and sending and receiving text messages. The Plaintiff further has his cell phone registered in his personal name, pays the cell phone from his personal accounts, and the phone is not primarily used for any business purpose.

## I.  FIRST CLAIM FOR RELIEF

### (Non-Emergency Robocalls to Cellular Telephones, 47 U.S.C. § 227(b)(1)(A))

### (Against All Defendants)

1.      Mr. Cunningham realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

2.      The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of the TCPA, 47 U.S.C. § 227(b)(1)(A), by making non-emergency telemarketing robocalls to Mr. Cunningham's cellular telephone number without his prior express written consent.

3.      Mr. Cunningham is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(b)(3)(B).

4.      Mr. Cunningham is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(b)(3).

5.      Mr. Cunningham also seeks a permanent injunction prohibiting Defendants and their affiliates and agents from making non-emergency telemarketing robocalls to cellular telephone numbers without the prior express written consent of the called party.

## II. SECOND CLAIM FOR RELIEF

### (Telemarketing Without Mandated Safeguards, 47 C.F.R. § 64.1200(d))

### (Against All Defendants)

6.      Mr. Cunningham realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

7.      The foregoing acts and omissions of Defendants and/or their affiliates or agents constitute multiple violations of FCC regulations by making telemarketing solicitations despite lacking:

a.      a written policy, available upon demand, for maintaining a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(1); [2]

b.      training for the individuals involved in the telemarketing on the existence of and use of a do-not-call list, in violation of 47 C.F.R. § 64.1200(d)(2);[3] and,

c.      in the solicitations, the name of the individual caller and the name of the person or entity on whose behalf the call is being made, in violation of 47 C.F.R. § 64.1200(d)(4).[4]

8.      Mr. Cunningham is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(c)(5)(B).

9.      Mr. Cunningham is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(c)(5).

10.      Mr. Cunningham also seeks a permanent injunction prohibiting Defendants and their affiliates and agents from making telemarketing solicitations until and unless they (1) implement a do-not-call list and training thereon and (2) include the name of the individual caller and AFS's name in the solicitations.

---

[2] *See id.* at 425 (codifying a June 26, 2003 FCC order).
[3] *See id.* at 425 (codifying a June 26, 2003 FCC order).
[4] *See id.* at 425 – 26 (codifying a June 26, 2003 FCC order).

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Craig Cunningham prays for judgment against the defendants jointly and severally as follows:

A.     Leave to amend this Complaint to name additional DOESs as they are identified and to conform to the evidence presented at trial;

B.     A declaration that actions complained of herein by Defendants violate the TCPA and Texas state law;

C.     An injunction enjoining Defendants and their affiliates and agents from engaging in the unlawful conduct set forth herein;

D.     An award of $3000 per call in statutory damages arising from the TCPA intentional violations jointly and severally against the corporation and individual for 198 calls or $597,000

E.     An award to Mr. Cunningham of prejudgment  interest, costs and attorneys' fees, as allowed by law and equity

F.     Such further relief as the Court deems necessary, just, and proper.

2/4/2020

Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

EX A

| | | | | | |
|---|---|---|---|---|---|
| 02/01/2015 | 3:45:00 PM | 4692707095 | 6152129191 | Technologic, LLC | 12 |
| 05/01/2015 | 4:48:00 PM | 7073462155 | 6152129191 | Technologic, LLC | 12 |
| 20/01/2015 | 11:10:00 PM | 7208623932 | 6152129191 | Technologic, LLC | 12 |
| 20/01/2015 | 9:37:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 30 |
| 21/01/2015 | 12:05:00 AM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 22/01/2015 | 9:37:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 28/01/2015 | 4:11:00 PM | 3129676070 | 6152129191 | Technologic, LLC | 12 |
| 05/02/2015 | 5:53:00 PM | 3129676070 | 6153317262 | Technologic, LLC | 12 |
| 18/02/2015 | 5:03:00 PM | 3129676070 | 6153317262 | Technologic, LLC | 12 |
| 20/02/2015 | 11:47:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 27/02/2015 | 9:47:00 PM | 7012487120 | 6152129191 | Technologic, LLC | 18 |
| 03/03/2015 | 10:17:00 PM | 4352551188 | 6153317262 | Technologic, LLC | 12 |
| 03/03/2015 | 9:04:00 PM | 4352551188 | 6153317262 | Technologic, LLC | 12 |
| 13/03/2015 | 2:23:00 PM | 9016027411 | 6152129191 | Technologic, LLC | 558 |
| 20/03/2015 | 6:21:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 1992 |
| 23/03/2015 | 3:38:00 PM | 7123087850 | 6152129191 | Technologic, LLC | 12 |
| 23/03/2015 | 3:49:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 25/03/2015 | 3:08:00 PM | 3615343292 | 6153481977 | Technologic, LLC | 12 |
| 26/03/2015 | 3:46:00 PM | 6827038279 | 6152129191 | Technologic, LLC | 12 |
| 26/03/2015 | 5:48:00 PM | 4352551188 | 6153481977 | Technologic, LLC | 120 |
| 31/03/2015 | 9:45:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 01/04/2015 | 10:17:00 PM | 6827038279 | 6153481977 | Technologic, LLC | 96 |
| 03/04/2015 | 3:50:00 PM | 6827038279 | 6153317262 | Technologic, LLC | 12 |
| 07/04/2015 | 7:39:00 PM | 6183551941 | 6152129191 | Technologic, LLC | 1332 |
| 09/04/2015 | 8:03:00 PM | 8602693408 | 6152129191 | Technologic, LLC | 12 |
| 13/04/2015 | 10:37:00 PM | 8602693408 | 6152129191 | Technologic, LLC | 12 |
| 16/04/2015 | 5:04:00 PM | 4055479050 | 6152129191 | Technologic, LLC | 12 |
| 16/04/2015 | 8:08:00 PM | 6183551943 | 6152129191 | Technologic, LLC | 24 |
| 20/04/2015 | 5:29:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 174 |
| 20/04/2015 | 5:32:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 12 |
| 20/04/2015 | 5:33:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 30 |
| 20/04/2015 | 7:27:00 PM | 8554752199 | 16153481977 | Technologic, LLC | 114 |
| 21/04/2015 | 9:49:00 PM | 9802230047 | 6153317262 | Technologic, LLC | 12 |
| 22/04/2015 | 10:24:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 96 |
| 23/04/2015 | 4:09:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 23/04/2015 | 5:56:00 PM | 8602693408 | 6153317262 | Technologic, LLC | 12 |
| 24/04/2015 | 3:57:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 25/04/2015 | 4:34:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |

| | | | | | |
|---|---|---|---|---|---|
| 29/04/2015 | 11:21:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 30/04/2015 | 10:46:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 66 |
| 30/04/2015 | 11:40:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 48 |
| 01/05/2015 | 11:08:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 54 |
| 01/05/2015 | 8:13:00 PM | 9802230047 | 6152129191 | Technologic, LLC | 12 |
| 01/05/2015 | 9:09:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 36 |
| 04/05/2015 | 10:43:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 1332 |
| 05/05/2015 | 3:54:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 12 |
| 05/05/2015 | 8:02:00 PM | 3072246596 | 6152129191 | Technologic, LLC | 318 |
| 06/05/2015 | 4:32:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 90 |
| 07/05/2015 | 10:55:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 48 |
| 07/05/2015 | 5:01:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 66 |
| 07/05/2015 | 8:49:00 PM | 8602693408 | 6153481977 | Technologic, LLC | 54 |
| 10/05/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 78 |
| 10/05/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 12/05/2015 | 10:25:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 12/05/2015 | 3:32:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 12/05/2015 | 6:16:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 60 |
| 12/05/2015 | 7:04:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 252 |
| 13/05/2015 | 10:57:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 13/05/2015 | 5:37:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 13/05/2015 | 7:46:00 PM | 7602014410 | 6152129191 | Technologic, LLC | 12 |
| 15/05/2015 | 3:53:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 72 |
| 15/05/2015 | 4:43:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 66 |
| 17/05/2015 | 10:30:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 17/05/2015 | 10:30:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 96 |
| 18/05/2015 | 4:49:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 90 |
| 18/05/2015 | 5:23:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 19/05/2015 | 4:10:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 858 |
| 19/05/2015 | 6:28:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 21/05/2015 | 5:45:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 30 |
| 21/05/2015 | 6:24:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 60 |
| 22/05/2015 | 5:31:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 22/05/2015 | 5:51:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 25/05/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 25/05/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 78 |
| 26/05/2015 | 5:53:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 48 |
| 26/05/2015 | 8:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 78 |
| 28/05/2015 | 3:50:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 28/05/2015 | 4:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 36 |
| 29/05/2015 | 5:41:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 12 |
| 29/05/2015 | 8:10:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 6 |
| 30/05/2015 | 8:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 30/05/2015 | 8:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |

| | | | | | |
|---|---|---|---|---|---|
| 01/06/2015 | 8:07:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 42 |
| 02/06/2015 | 11:24:00 PM | 7204526477 | 6153317262 | Technologic, LLC | 1188 |
| 02/06/2015 | 4:32:00 PM | 7376669030 | 6153481977 | Technologic, LLC | 24 |
| 03/06/2015 | 11:03:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 90 |
| 03/06/2015 | 3:32:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 78 |
| 03/06/2015 | 3:33:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 66 |
| 04/06/2015 | 12:16:00 AM | 7023595643 | 6153481977 | Technologic, LLC | 30 |
| 07/06/2015 | 8:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 07/06/2015 | 8:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 24 |
| 09/06/2015 | 2:07:00 PM | 8596632951 | 6152129191 | Technologic, LLC | 468 |
| 10/06/2015 | 6:35:00 PM | 7204526477 | 6153481977 | Technologic, LLC | 96 |
| 14/06/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 14/06/2015 | 7:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 14/06/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 20/06/2015 | 2:08:00 PM | 7279980960 | 6152129191 | Technologic, LLC | 12 |
| 21/06/2015 | 8:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 21/06/2015 | 8:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 21/06/2015 | 8:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 24/06/2015 | 9:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 54 |
| 24/06/2015 | 9:00:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 18 |
| 25/06/2015 | 6:22:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 25/06/2015 | 8:11:00 PM | 3072126230 | 6152129191 | Technologic, LLC | 12 |
| 26/06/2015 | 12:01:00 AM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 26/06/2015 | 8:00:00 PM | 3073702145 | 6152129191 | Technologic, LLC | 12 |
| 28/06/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 28/06/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 28/06/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 29/06/2015 | 9:18:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 30/06/2015 | 7:17:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 01/07/2015 | 8:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 54 |
| 01/07/2015 | 8:04:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 78 |
| 02/07/2015 | 11:03:00 PM | 7376669031 | 6152129191 | Technologic, LLC | 12 |
| 03/07/2015 | 4:20:00 PM | 7376669031 | 6152129191 | Technologic, LLC | 12 |
| 03/07/2015 | 5:39:00 PM | 5122130179 | 6152129191 | Technologic, LLC | 12 |
| 05/07/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 05/07/2015 | 7:02:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 54 |
| 08/07/2015 | 11:00:00 PM | 7733626220 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 11:40:00 PM | 7733626220 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 4:56:00 PM | 4152756518 | 6152129191 | Technologic, LLC | 66 |
| 08/07/2015 | 5:09:00 PM | 4152756518 | 6152129191 | Technologic, LLC | 12 |
| 08/07/2015 | 8:02:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 48 |
| 08/07/2015 | 8:05:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 84 |
| 08/07/2015 | 8:05:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 84 |
| 13/07/2015 | 10:39:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 54 |

| | | | | | |
|---|---|---|---|---|---|
| 13/07/2015 | 10:40:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 13/07/2015 | 9:38:00 PM | 6467661343 | 6152129191 | Technologic, LLC | 84 |
| 13/07/2015 | 9:49:00 PM | 6467661343 | 6152129191 | Technologic, LLC | 12 |
| 14/07/2015 | 12:04:00 AM | 5106940117 | 6152129191 | Technologic, LLC | 12 |
| 14/07/2015 | 12:05:00 AM | 5106940117 | 6152129191 | Technologic, LLC | 12 |
| 14/07/2015 | 9:20:00 PM | 3082213372 | 6152129191 | Technologic, LLC | 12 |
| 15/07/2015 | 10:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 24 |
| 15/07/2015 | 10:02:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 54 |
| 15/07/2015 | 10:06:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 15/07/2015 | 10:54:00 PM | 2629959112 | 6152129191 | Technologic, LLC | 108 |
| 15/07/2015 | 11:03:00 PM | 9172017054 | 6152129191 | Technologic, LLC | 84 |
| 17/07/2015 | 12:04:00 AM | 4152756534 | 6152129191 | Technologic, LLC | 1620 |
| 17/07/2015 | 12:17:00 AM | 4152756534 | 6152129191 | Technologic, LLC | 42 |
| 17/07/2015 | 9:55:00 PM | 2153372107 | 6152129191 | Technologic, LLC | 78 |
| 19/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 19/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 90 |
| 19/07/2015 | 7:03:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 24 |
| 20/07/2015 | 11:06:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 12 |
| 20/07/2015 | 11:16:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 108 |
| 21/07/2015 | 3:51:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 4:01:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 6:04:00 PM | 7812144465 | 6152129191 | Technologic, LLC | 12 |
| 21/07/2015 | 7:16:00 PM | 6192029446 | 6152129191 | Technologic, LLC | 12 |
| 22/07/2015 | 9:00:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 84 |
| 22/07/2015 | 9:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 22/07/2015 | 9:03:00 PM | 7023595643 | 6153481977 | Technologic, LLC | 48 |
| 23/07/2015 | 12:35:00 AM | 9162097450 | 6152129191 | Technologic, LLC | 126 |
| 23/07/2015 | 3:35:00 PM | 6192029446 | 6152129191 | Technologic, LLC | 12 |
| 23/07/2015 | 3:37:00 PM | 9162097450 | 6152129191 | Technologic, LLC | 12 |
| 23/07/2015 | 6:03:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 90 |
| 23/07/2015 | 6:26:00 PM | 4692144006 | 6152129191 | Technologic, LLC | 12 |
| 24/07/2015 | 12:17:00 AM | 6083191127 | 6152129191 | Technologic, LLC | 60 |
| 26/07/2015 | 7:00:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 26/07/2015 | 7:01:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 12 |
| 26/07/2015 | 7:04:00 PM | 3073920546 | 6152129191 | Technologic, LLC | 18 |
| 27/07/2015 | 9:46:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 222 |
| 27/07/2015 | 9:56:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 6 |
| 28/07/2015 | 11:31:00 PM | 3053636858 | 6152129191 | Technologic, LLC | 78 |
| 29/07/2015 | 11:55:00 PM | 4803728231 | 6152129191 | Technologic, LLC | 792 |
| 29/07/2015 | 9:03:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 29/07/2015 | 9:04:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 30/07/2015 | 4:48:00 PM | 9493269198 | 6152129191 | Technologic, LLC | 6 |
| 05/11/2015 | 5:45:00 PM | 2027742500 | 6152129191 | Technologic, LLC | 60 |
| 16/03/2016 | 8:10:00 PM | 3172681137 | 6152129191 | Technologic, LLC | 318 |

| | | | | | |
|---|---|---|---|---|---|
| 19/03/2016 | 6:06:00 PM | 3132640110 | 6152129191 | Technologic, LLC | 12 |
| 21/03/2016 | 10:22:00 PM | 6319832588 | 6152129191 | Technologic, LLC | 246 |
| 22/03/2016 | 2:09:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 12 |
| 29/03/2016 | 9:02:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 126 |
| 05/04/2016 | 10:54:00 PM | 8562706300 | 6152129191 | Technologic, LLC | 12 |
| 14/04/2016 | 2:04:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 282 |
| 15/04/2016 | 9:05:00 PM | 9135354320 | 6152129191 | Technologic, LLC | 126 |
| 20/04/2016 | 4:42:00 PM | 5412006674 | 6152129191 | Technologic, LLC | 60 |
| 21/04/2016 | 2:16:00 PM | 5302054445 | 6152129191 | Technologic, LLC | 144 |
| 27/04/2016 | 5:58:00 PM | 4805656922 | 6152129191 | Technologic, LLC | 6 |
| 03/05/2016 | 10:33:00 PM | 9135354320 | 6152129191 | Technologic, LLC | 60 |
| 03/05/2016 | 2:09:00 PM | 5302054445 | 6152129191 | Technologic, LLC | 96 |
| 03/05/2016 | 3:20:00 PM | 2812155231 | 6152129191 | Technologic, LLC | 12 |
| 03/05/2016 | 5:43:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 04/05/2016 | 6:20:00 PM | 8138432660 | 6152129191 | Technologic, LLC | 12 |
| 07/05/2016 | 7:15:00 PM | 3367921772 | 6152129191 | Technologic, LLC | 378 |
| 09/05/2016 | 9:53:00 PM | 8562706300 | 6152129191 | Technologic, LLC | 378 |
| 13/05/2016 | 8:01:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 15/05/2016 | 7:57:00 PM | 7724791283 | 6152129191 | Technologic, LLC | 12 |
| 02/08/2016 | 5:26:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |
| 02/08/2016 | 7:05:00 PM | 2147160059 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 11:33:00 PM | 4693277005 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 2:03:00 PM | 5302054441 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 6:16:00 PM | 7273251105 | 6152129191 | Technologic, LLC | 12 |
| 09/08/2016 | 7:20:00 PM | 8508950001 | 6152129191 | Technologic, LLC | 228 |
| 09/08/2016 | 7:44:00 PM | 4805656922 | 6152129191 | Technologic, LLC | 264 |
| 11/08/2016 | 5:42:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 228 |
| 11/08/2016 | 7:16:00 PM | 7023595643 | 6152129191 | Technologic, LLC | 12 |

**UNITED STATES DISTRICT COURT**
**Central District of California (Western Division-Los Angeles)**

| | |
|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>Technologic USA Inc.,<br>**Defendants** | §<br>§<br>§<br>§   Case 2:19-cv-05597-FMO-MRW<br>§<br>§<br>§<br>§<br>§<br>§ |

**Certificate of Service**

I certify that a true copy of the foregoing was sent via usps first class mail to the defendants in this case.

Craig Cunningham

Plaintiff,

3000 Custer Road, ste 270-206 Plano, Tx 75075

615-348-1977, 8/6/2019

Case 1:19-cv-00231-NDF   Document 23   Filed 02/06/20   Page 23 of 54

Case 4:20-cv-00045-RWS-CAN   Document 1-2   Filed 01/17/20   Page 1 of 8 PageID #:  21
Case: 3:16-cv-00761-jdp   Document #: 170   Filed: 05/13/19   Page 1 of 19

Page 1

1                UNITED STATES DISTRICT COURT

2                WESTERN DISTRICT OF WISCONSIN

3

4    CRAIG CUNNINGHAM,              )  NO. 3:16-cv-00761-jdp
                                    )
5                 Plaintiff,        )
                                    )
6         v.                        )
                                    )
7    MICHAEL MONTES, et al.,        )
                                    )
8                 Defendants.       )
     _____)

9

10

11

12

13            DEPOSITION OF CHRISTOPHER G. HALL

14                  Orange, California

15                  Friday, May 3, 2019

16

17

18   Reported by:
     Heidi Hummel-Grant
     CSR No. 12556

19

20

21

22

23

24

25

Page 26

1  gave me at the beginning so I can order a copy if I
2  need to.
3      THE REPORTER:  Thank you.
4      And we're off the record.
5      (End of Proceedings.  Declaration of penalty of
6  perjury on the following page hereof.)
7      (Deposition concluded at 10:52 a.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 27

1          Certification of Court Reporter
2                  Federal Jurat
3
4      I, the undersigned, a Certified Shorthand
5  Reporter of the State of California do hereby certify:
6      That the foregoing proceedings were taken
7  before me at the time and place herein set forth; that
8  any witnesses in the foregoing proceedings, prior to
9  testifying, were placed under oath; that a verbatim
10  record of the proceedings was made by me using machine
11  shorthand, which was thereafter transcribed under my
12  direction; further, that the foregoing is an accurate
13  transcription thereof.
14      That before completion of the deposition a
15  review of the transcript was requested.
16      I further certify that I am neither
17  financially interested in the action nor a relative or
18  employee of any of the parties.
19      IN WITNESS WHEREOF, I hereby subscribe my name
20  this 12th day of May, 2019.
21
22
23
24  ─────────────────────
    Heidi Hummel-Grant
25  Certified Shorthand Reporter No. 12556

Page 28

1              Veritext Legal Solutions
               1100 Superior Ave
2              Suite 1820
               Cleveland, Ohio 44114
3              Phone: 216-523-1313
4  May 13, 2019
5  Mr. Christopher G. Hall
   1122 E. Lincoln Ave., #203
6  Orange, CA  92865
   Case Name: Cunningham, Craig v. Montes, Michael, et al.
7
   Veritext Reference Number: 3295805
8
   Deposition Date:  5/3/2019
9
   Dear Sir/Madam:
10
   Enclosed you will find a transcript of your deposition.
11
   As the reading and signing have not been expressly
12
   waived, please review the transcript and note any
13
   changes or corrections on the errata sheet
14
   included, indicating the page, line number, change and
15
   reason for the change. Sign at the bottom of the sheet
16
   in the presence of a notary and forward the errata sheet
17
   back to us at the address shown above or email to
18
   production-midwest@veritext.com.
19
   If the errata is not returned within thirty days of you receipt of
20
   this letter, the reading and signing will be deemed waived.
21
   Sincerely,
22
23  Production Department
24
25  NO NOTARY REQUIRED IN CA

Page 29

1          DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 3295805
3      CASE NAME: Cunningham, Craig v. Montes, Michael, et al.
       DATE OF DEPOSITION: 5/3/2019
4      WITNESS' NAME: Christopher G. Hall
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
9  Date          Christopher G. Hall
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
      They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
      I have affixed my name and official seal
16
   this_____ day of_____, 20____.
17
18     Notary Public
19
      Commission Expiration Date
20
21
22
23
24
25

8 (Pages 26 - 29)

**Page 22**

1    A  That is correct.
2    MR. LEVIN:  Okay.
3        I have nothing further.  Mr. Trost may have some
4    questions for you.
5            EXAMINATION
6    BY MR. TROST:
7    Q  Mr. Hall, it's a pleasure to speak with you.
8        I only have a few questions for you.
9    A  That's a pleasure to hear.
10    Q  I want to make sure I understand what Exhibit 2
11    contains.
12        My understanding is that the calls listed on
13    Exhibit 2 represent long distance calls made to three
14    specific phone numbers between January of 2015 and
15    December of 2016, and the calls associated are with --
16    well, those are calls that went through Connexum's
17    system; is that right?
18    A  That's right.
19    Q  Okay.
20        And just to be sure, Connexum does not know who
21    actually made the calls; correct?
22    A  That's correct.  We don't know -- nothing in the
23    data stream we get tells us that.  All we know is the
24    caller ID that the call came from.
25    Q  Right.  The caller ID and the account that it's

**Page 23**

1    associated with?
2    A  Correct.
3    Q  And Connexum doesn't know the substance of the
4    calls, itself, just the duration in terms of seconds?
5    A  That is correct.  In fact, we have no way to
6    know the audio content of the call.  It's technically
7    impossible.
8    Q  Now, with respect to Technologic, LLC, which is
9    the account listed for all these calls, is there a
10    mailing or physical address associated with that
11    account?
12    A  Yes, we've got an address in our customer record
13    file, which I think I provided to Mr. Levin before.  But
14    I'll be happy to give it to you again now.  Please
15    standby while I look it up.
16        Avenue Samuel Luis, then Y like and in Spanish,
17    Calle, C-A-L-L-E, 58, in Panama City, Panama.
18    Q  Great.  Thank you.
19        Do you or Connexum have any knowledge whether
20    Technologic, LLC, which is listed under the account
21    heading on Exhibit 2, is associated with a company
22    called Technologic, Inc.?
23    A  I don't know.  Let me check something real
24    quick.
25        No, I can't tell.  That's -- the only name we

**Page 24**

1    know them under is Technologic, LLC.
2    Q  Okay.
3        Final question for you:  Do you have any
4    knowledge whether Michael Montes or a company called
5    TollFreeBill.com is associated in any way with the calls
6    listed on Exhibit 2?
7    A  Have no idea.  No, I do not.
8    MR. TROST:  Okay.
9        Thank you Mr. Hall.
10    THE WITNESS:  You're welcome.
11    MR. LEVIN:  I do not have any other questions.
12    MR. TROST:  David, do you want to continue on and do
13    Mr. Kettles dep or --
14    THE REPORTER:  And we're off the record?
15    MR. TROST:  Yeah, we can go off the record.
16        (A discussion is held off the record.)
17    THE REPORTER:  And we're back on the record.
18    MR. LEVIN:  So Mr. Hall, I'm going to request that
19    the court reporter prepare a copy of the transcript of
20    this deposition.  And if this case goes to trial, which
21    is scheduled to start on June 10th, we will likely use
22    this deposition transcript as -- with you as a witness
23    for that trial, essentially, in lieu of having you have
24    to appear in person in Wisconsin.
25        So you have a right to review the transcript and

**Page 25**

1    sign off on it before it becomes final.  And if there
2    were any misspellings or errors in the transcription,
3    you would have a right to fill out what's called an
4    errata sheet in order to correct those.  You can't
5    change the nature of your testimony, it's only just to
6    correct any errors in the transcription.  Or it's up to
7    you if you want to indicate that you waive your
8    signature, then the transcript just becomes final once
9    the court reporter has typed it up.
10        Certainly I'm sure you know I'm not your
11    attorney, I'm not representing you, I can't tell you
12    which one you should do.  But I'm letting you know you
13    have that choice.  And if you have questions regarding
14    that choice, I can try to answer them for you.
15    THE WITNESS:  No, I never like signing anything I
16    haven't had a chance to look at.  So I'll promise to
17    promptly review it and then return it, and hopefully
18    there will be no commentary.
19    MR. LEVIN:  Okay.  Thank you.
20        So I guess the witness is reserving his
21    signature then for now.
22    THE REPORTER:  Before we go off the record,
23    Mr. Trost, do you need a copy?
24    MR. TROST:  I'm not going to make a decision on this
25    right now.  But I took the job number down that you

7 (Pages 22 - 25)





**FEDERAL TRADE COMMISSION**

# FTC Brings Action Against Debt Relief Operation that Targeted Financially Distressed Homeowners and Student Loan Borrowers

## Share This Page

February 24, 2016

TAGS: deceptive/misleading conduct | Finance | Real Estate and Mortgages | Bureau of Consumer Protection | Northwest Region | Consumer Protection | Credit and Finance | Mortgages

The Federal Trade Commission has charged a debt relief operation with falsely representing to financially distressed homeowners and student loan borrowers that it would help get their mortgages and student loans modified. At the FTC's request, a federal court has temporarily halted the operation. The agency seeks to permanently stop the alleged illegal practices and obtain refunds for affected consumers.

According to the FTC's complaint, Good EBusiness LLC, using the name The AAP Firm, and Tobias West deceptively marketed home loan modification services and illegally charged an advance fee of between $1,000 to $5,000. The agency alleges that the defendants falsely claim that they can lower consumers' monthly mortgage payments, often quoting a specific amount, and reduce their mortgage interest rates, usually within a few months, and falsely promise full refunds if they fail. They told consumers, many of whom were current on their mortgage payments, to stop making payments to, and communicating with, their lenders during the purported loan restructure process, without providing disclosures required by the Mortgage Assistance Relief Services Rule (MARS Rule) and Regulation O, according to the complaint.

The FTC's complaint also alleges that Good EBusiness, using the names Student Loan Help Direct and Select Student Loan; Select Student Loan Help LLC; Select Document Preparation Inc.; and Tobias West and his wife, Komal West, illegally charged an advance fee of $500 to $800 for purported student loan relief services. According to the complaint, the defendants falsely told financially distressed borrowers – including some who were at risk of delinquency or default and already subject to seizure of their tax refunds or wage garnishment – that they would renegotiate, settle or alter payment terms on their student loan debt, and remove tax liens and wage garnishments, or they would fully refund the fees if they failed.

Good Ebusiness and Tobias West are charged with violating the FTC Act and the MARS Rule/Regulation O. All of the defendants are charged with violating the FTC Act and the Telemarketing Sales Rule.

To learn more, read Home Loans and Student Loans.

The Commission vote approving the complaint was 4-0. The U.S. District Court for the Central District of California entered a temporary restraining order against the defendants on February 16, 2016.

**NOTE:** The Commission files a complaint when it has "reason to believe" that the law has been or is being violated and it appears to the Commission that a proceeding is in the public interest. The case will be decided by the court.

The Federal Trade Commission works to promote competition, and protect and educate consumers. You can learn more about consumer topics and file a consumer complaint online or by calling 1-877-FTC-HELP (382-4357).  Like the FTC on Facebook, follow us on Twitter, read our blogs and subscribe to press releases for the latest FTC news and resources.

# Contact Information

**MEDIA CONTACT:**
Frank Dorman
*Office of Public Affairs*
202-326-2674

**STAFF CONTACT:**
Eleanor Durham
*FTC Northwest Region*
206-220-4476



ftc.gov

Case 1:19-cv-00231-NDF   Document 23   Filed 02/06/20   Page 28 of 54

1/10/2020 Case 4:20-cv-00045-RWS-CAN   Document 1-4   Filed 01/17/20   Page 1 of 3 PageID #: 31 Federal...



**FEDERAL TRADE COMMISSION**

*exD*

# FTC Reaches Settlement With Home Security Company that Called Millions of Consumers on the National Do Not Call Registry

## Share This Page

March 12, 2014

TAGS: Do Not Call | Bureau of Consumer Protection | Consumer Protection | Telemarketing

The Federal Trade Commission, with the assistance of the U.S. Department of Justice, has settled a complaint against a Massachusetts-based home security company that illegally called millions of consumers on the FTC's National Do Not Call (DNC) Registry to pitch home security systems.

According to the FTC, Versatile Marketing Solutions (VMS), under the guidance of its owner, Jasjit Gotra, called millions of consumers whose names and phone numbers VMS bought from lead generators. The lead generators claimed that those consumers had given VMS permission to contact them about the installation of a free home security system, but in reality, they had not. In its complaint, the FTC alleges that the defendants' tactics violated the Commission's Telemarketing Sales Rule.

The sales leads were obtained by illegal means through rampant use of robocalls from "Tom with Home Protection," fake survey calls, and calls to phone numbers on the National Do Not Call Registry. According to the complaint, VMS subsequently called these consumers without first checking to see if they had registered their telephone numbers on the DNC Registry.

In addition, the complaint alleges that VMS ignored warning signs that the lead generators were engaged in illegal telemarketing practices. For example, many consumers contacted by VMS complained that they had not given the company permission to call, nor had they given permission to receive a robocall. Despite mounting complaints, VMS continued buying leads from the same lead generators, and calling consumers using those leads.

"Companies that use lead generators must exercise due diligence when they buy lists of phone numbers," said Jessica Rich, Director of the FTC's Bureau of Consumer Protection, "or else they can be on the hook for illegal telemarketing. Relying on a say-so that the numbers were obtained legally, or that the consumers have agreed to be called, even if their numbers are on the Do Not Call Registry, isn't enough."

According to the complaint, between November 2011 and July 2012, VMS made more than two million calls to consumers to try to sell home security goods and services. Of those calls, at least one million were to phone numbers listed on the

DNC Registry, and more than 100,000 were to consumers who had previously told VMS not to call them again – another violation of the DNC rules.

The stipulated final court order settling the charges prohibits VMS and Gotra from making abusive telemarketing calls and from calling any consumer whose number is on the DNC Registry, unless they can prove that they have received written permission to make the call or that they have an established business relationship with that consumer. Further, it bars defendants from calling any consumer who has previously told VMS not to call them again. The order also places restrictions on how defendants can obtain and use lead-generated phone numbers in the future.

Finally, the order imposes a $3.4 million penalty judgment against the defendants, with all but $320,700 suspended due to their inability to pay. The entire amount will become due if the defendants are found to have misrepresented their financial condition.

The court settlement announced today resolves the FTC's complaint against Versatile Marketing Solutions, Inc. also doing business as VMS Alarms, VMS, Alliance Security, and Alliance Home Protection; and its owner, Jasjit Gotra.

The Commission vote authorizing the staff to refer the civil penalty complaint to the Department of Justice, and to approve the proposed consent decree, was 4-0. The DOJ filed the complaint and proposed consent decree on behalf of the Commission in U.S. District Court for the District of Massachusetts on March 10, 2014. The proposed consent decree is subject to court approval.

**NOTE:** The Commission authorizes the filing of a complaint when it has "reason to believe" that the law has been or is being violated, and it appears to the Commission that a proceeding is in the public interest. Consent judgments have the force of law when signed by a district court judge.

**Information for Consumers and Business**

The FTC has a new blog post for consumers on the DNC Registry, as well as two consumer education videos explaining robocalls and describing what consumers should do when they receive one. The Commission also has a new blog with business education information. General information on the DNC Registry is also available on the website.

The Federal Trade Commission works for consumers to prevent fraudulent, deceptive, and unfair business practices and to provide information to help spot, stop, and avoid them. To file a complaint in English or Spanish, visit the FTC's online Complaint Assistant or call 1-877-FTC-HELP (1-877-382-4357). The FTC enters complaints into Consumer Sentinel, a secure, online database available to more than 2,000 civil and criminal law enforcement agencies in the U.S. and abroad. The FTC's website provides free information on a variety of consumer topics. Like the FTC on Facebook, follow us on Twitter, and subscribe to press releases for the latest FTC news and resources.

PRESS RELEASE REFERENCE:
FTC Charges Recidivist Telemarketer for Millions of Illegal Calls Pitching Home Security Systems and Monitoring Services to Consumers
FTC Obtains Telemarketing Injunctions against Recidivist Do Not Call Violators Jasjit "Jay" Gotra and His Company, Alliance Security Inc.

## Contact Information

FTC MEDIA CONTACT:

Mitchell J. Katz,
*Office of Public Affairs*
202-326-2161

FTC STAFF CONTACT:

1/10/2020   FTC Reaches Settlement With Home Security Company that Called Millions of Consumers on the National Do Not Call Registry | Federal...

Case 4:20-cv-00045-RWS-CAN   Document 1-4   Filed 01/17/20   Page 3 of 3 PageID #: 38

Bikram Bandy,
*Bureau of Consumer Protection*
202-326-2978



ftc.gov

*Ex D - 1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VERSATILE MARKETING SOLUTIONS,<br>INC., a Massachusetts corporation, also doing<br>business as VMS Alarms, VMS, Alliance<br>Security, and Alliance Home Protection,<br><br>    and<br><br>JASJIT GOTRA, individually and as an<br>officer of Versatile Marketing Solutions, Inc.,<br><br>    Defendants. | Case No. 1:14-cv-10612 |

## STIPULATED FINAL ORDER
## FOR PERMANENT INJUNCTION
## AND CIVIL PENALTY JUDGMENT

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission ("Commission" or "FTC"), filed its Complaint for Civil Penalties, Permanent Injunction, and Other Relief ("Complaint") in this matter, pursuant to Sections 5(a), 5(m)(1)(A), 13(b), 16(a)(1), and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b), 56(a)(1), and 57b, and Section 6 of the Telemarketing and Consumer Fraud and Abuse Prevention Act (the "Telemarketing Act"), 15 U.S.C. § 6105. Defendants have waived service of the summons and the Complaint. Plaintiff and Defendants stipulate to the entry of this Stipulated Final Order for Permanent Injunction and Civil Penalty Judgment ("Order") to resolve all matters in dispute in this action between them.





# FTC Charges Recidivist Telemarketer for Millions of Illegal Calls Pitching Home Security Systems and Monitoring Services to Consumers

## Related defendants permanently barred from engaging in abusive telemarketing

## Share This Page

March 23, 2018

TAGS: Do Not Call | Bureau of Consumer Protection | Consumer Protection | Advertising and Marketing | Telemarketing

The Federal Trade Commission has filed a complaint and motion for preliminary injunction in federal district court alleging that Alliance Security Inc., a home security installation company, and its founder, directly and through its authorized telemarketers, called millions of consumers whose numbers are on the National Do Not Call (DNC) Registry. Two of Alliance's authorized telemarketers and their principals also have agreed to settle charges that they made illegal calls on Alliance's behalf.

According to the FTC, Alliance and its CEO and founder Jasjit "Jay" Gotra are recidivist violators of the Commission's Telemarketing Sales Rule (TSR). Gotra previously operated Alliance under the name Versatile Marketing Solutions, Inc., and settled FTC telemarketing- and robocall-related charges against them in a court order announced in April 2014. In the action announced today, however, the FTC alleges Alliance and Gotra never complied with the 2014 court order.



"Defendants Alliance and Gotra have shown a blatant disregard for the law and consumers' privacy rights," said Tom Pahl, Acting Director of the FTC's Bureau of Consumer Protection. "This case reflects the FTC's sustained law enforcement work to protect consumers' privacy from abusive calls and illegal credit inquiries."

Since the court entered the 2014 order, Alliance and Gotra allegedly have made or helped others make at least two million calls to consumers that violate the TSR, including more than a million to numbers on the DNC Registry. Alliance installs home security systems, and its employees allegedly make outbound calls to solicit the sale of the systems and associated security monitoring services.

Alliance also contracts with third-party telemarketers that make similar outbound calls pitching its products and services, including many to numbers on the DNC Registry. For example, Alliance hired defendants Defend America, LLC and Power Marketing Promotions, LLC and their principals and authorized them to market their products, leading to those companies also illegally calling consumers whose phone numbers are on the Registry.

The complaint also charges Defend America and Power Marketing with violating the TSR by not identifying the seller in their calls, and Alliance for telling the two companies not to identify it in calls to consumers. The complaint also alleges Alliance and Power Marketing deceived consumers by misrepresenting themselves as calling on behalf of ADT, an unrelated home security company.



According to the complaint, even after Alliance learned about the deceptive calls, it failed to terminate its contracts with these telemarketers. Finally, the complaint alleges that Alliance and Gotra obtained consumer reports without having a permissible purpose, in violation of the Fair Credit Reporting Act.

The Defend America and Power Marketing defendants have agreed to settle the Commission's charges, as detailed below.

The stipulated final order settling the charges against Defend America and its principal Jessica Merrick permanently bars them from telemarketing or assisting others in telemarketing. It also imposes a civil penalty of $2,296,500, which will be suspended based on inability to pay.

The stipulated final order settling the charges against Power Marketing and its principal Kevin Klink permanently bans them from selling home security and medical alert devices. Power Marketing is also banned from all telemarketing. Klink is banned from making robocalls or helping anyone else make them, from calling phone numbers on the DNC Registry, unless a consumer directly contacts him to request a call, and from selling lists containing numbers on the Registry.

The order also bars Klink from abusive telemarketing practices and other TSR violations related to abandoning outbound calls, failing to identify the seller in a telemarketing call, and using spoofed caller ID numbers. It imposes a civil penalty of $3,293,512 against Power Marketing and Klink, which will be partially suspended due to their inability to pay, upon payment of $300,000 to the Commission.

The proposed court settlements announced today resolve the FTC's charges against individual defendants Merrick and Klink, and corporate defendants Defend America LLC and Power Marketing Promotions LLC. Litigation continues against Jasjit "Jay" Gotra and Alliance Security Inc., formerly known as Versatile Marketing Solutions, Inc.; VMS Alarms; VMS; Alliance Security; Alliance Home Protection; and AH Protection.

The Commission vote authorizing the complaint and approving the proposed consent decrees was 2-0. The proposed consent decrees are subject to court approval.

1/10/2020   Case 4:20-cv-00045-RWS-CAN   FTC Charges Recidivist Telemarketer for Millions of Illegal Calls Pitching Home Security Systems and Monitoring Services to Consumers...
Document 1-6   Filed 01/17/20   Page 3 of 3 PageID #: 37

NOTE: The Commission files a complaint when it has "reason to believe" that the law has been or is being violated and it appears to the Commission that a proceeding is in the public interest. Stipulated final injunctions/orders have the force of law when approved and signed by the District Court judge.

The Federal Trade Commission works to promote competition, and protect and educate consumers. You can learn more about consumer topics and file a consumer complaint online or by calling 1-877-FTC-HELP (382-4357). Like the FTC on Facebook, follow us on Twitter, read our blogs, and subscribe to press releases for the latest FTC news and resources.

PRESS RELEASE REFERENCE:
FTC Reaches Settlement With Home Security Company that Called Millions of Consumers on the National Do Not Call Registry
FTC Obtains Telemarketing Injunctions against Recidivist Do Not Call Violators Jasjit "Jay" Gotra and His Company, Alliance Security Inc.



How to stop unwanted calls
IF YOU USE VOIP







Look into internet-based services. Your carrier might be able to help.

Not sure if your home phone uses the internet (VOIP)? Check with your carrier.

With blocking services, calls might be stopped, ring silently, or go straight to voicemail.

Some services are free, but others charge a monthly fee.

Report unwanted calls at ftc.gov/complaint

FEDERAL TRADE COMMISSION • ftc.gov/calls

# Contact Information

CONTACT FOR CONSUMERS:
Consumer Response Center
877-382-4357

CONTACT FOR NEWS MEDIA:
Mitchell J. Katz
*Office of Public Affairs*
202-326-2161

STAFF CONTACTS:
Ian Barlow
*Bureau of Consumer Protection*
202-326-3120

Danielle Estrada
*Bureau of Consumer Protection*
202-326-2630



ftc.gov

Your Missouri Courts .net

Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print Logon

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution

This information is provided as a service and is not considered an official court record.

**Judgment**

**Date:** 06/18/2012 **Description:** Judgment Entered **Against:** TOLLFREEZONE.COM INC

**Amount of Judgment:** $73,000.00 **Date of Satisfaction:** not yet on file

**Next Judgment**

**Date:** 06/18/2012 **Description:** Judgment Entered **Against:** TOLLFREEZONE.COM INC

**Amount of Judgment:** $1,325.00 **Date of Satisfaction:** not yet on file

**Text:** FOR FEES AND COSTS

Case.net Version 5.13.16.5 Return to Top of Page Released 04/18/2017

# NEWS RELEASE

E X G

## Office of Commissioner Brandon Presley
### MISSISSIPPI PUBLIC SERVICE COMMISSION
### NORTHERN DISTRICT

## Presley Announces $440,000 Fine for Alleged No Call Violations

*Defendant Tollfreezone.com Inc. failed to Respond to Commission*

JACKSON, MISSISSIPPI (December 4, 2015) — Following yesterday's monthly open meeting of the Public Service Commission, Northern District Commissioner Brandon Presley announced that the PSC has imposed civil penalties totaling $440,000 against tollfreezone.com Inc.'s alleged violations of the state's No-Call law. The defendants were alleged to have violated the law on at least eighty-eight occasions.

In complaints received by the Commission, the company was accused of making unauthorized telephone solicitations in violation of law. They also allegedly failed to register with the PSC as telephone solicitors and failed to purchase the Mississippi Do Not Call List. When served by the PSC, the defendants did not respond to the complaints, bringing the imposition of civil penalties by default.

"Harassing citizens of Mississippi will not be tolerated by the Commission. Other violators of Mississippi's No-Call law should take this fine as a warning that they will be prosecuted and held accountable for their actions," Presley said.

Mississippians who wish to add their home telephone number to the No Call list should contact the PSC at 1-800-356-6428 or online at www. psc.state.ms.us/nocall.



*for more information contact:*
**Commissioner Brandon Presley ~ P.O. Box 1174 ~ Jackson, MS 39215-1174**
1-800-356-6428 or 1-800-637-7722 ~ brandon.presley@psc.state.ms.us ~ www.psc.state.ms.us

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

        Plaintiff,

    -vs-                    Case No. 16-cv-761

MICHAEL MONTES,
Tollfreezone.com, Inc.,
Mydataguys.com, LLC,
Podmusicgear.com, Inc.,
Tollfreezone.com, Inc.,
dba Docauditor.com,
Tollfreezone.com, Inc.,
dba Mobile Trackme,
Emailmyvmail.com, Inc., and
John and Jane Does 1-10,

        Defendants.

                Deposition of MICHAEL J. MONTES,

taken at the instance of the Plaintiff, under and

pursuant to Federal Rule of Civil Procedure 30, before

Sarah F. Pelletter, RPR, a Notary Public in and for the

State of Wisconsin, at Axley Brynelson, LLP,

Two East Mifflin Street, Suite 200, Madison, Wisconsin,

on January 14, 2019, commencing at 9:55 a.m. and

concluding at 1:36 p.m.



For The Record Inc.

Excellence In Court Reporting

REDR Page 2 of 39

*EX A*

# Wells Fargo Business Choice Checking

Account number: ▓▓▓▓80060  ▪  May 5, 2015 - May 31, 2015  ▪  Page 1 of 6



TECHNOLOGIC USA INC
116 EUCLID PL
UPLAND CA 91786-6540

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/5 | $0.00 |
| Deposits/Credits | 237,070.43 |
| Withdrawals/Debits | - 188,102.24 |
| Ending balance on 5/31 | $48,968.19 |
| Average ledger balance this period | $26,120.73 |

Account number: ▓▓▓▓80060

**TECHNOLOGIC USA INC**

*California account terms and conditions apply*

**For Direct Deposit use**
Routing Number (RTN): 121042882

**For Wire Transfers use**
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ⬛⬛⬛⬛8060 ▪ May 5, 2015 - May 31, 2015 ▪ Page 2 of 5



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|------------------|--------------------|--------------------|
| 5/5 | | Deposit Made In A Branch/Store | 19,491.92 | | 19,491.92 |
| 5/6 | | Wire Trans Svc Charge - Sequence: 150506086524 Srf# 0074090128663189 Trn#150506086524 Rfb# | | 30.00 | |
| 5/6 | | WT Fed#06377 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090128663189 Trn#150506086524 Rfb# | | 15,714.29 | 3,747.63 |
| 5/7 | | Brandrep Inc. ACH Pmt 150507 4977606610 Inv.025 Partial Payment | 9.83 | | 3,757.46 |
| 5/8 | | Deposit Made In A Branch/Store | 30,324.84 | | |
| 5/8 | | Deposit Made In A Branch/Store | 7,000.00 | | |
| 5/8 | | Wire Trans Svc Charge - Sequence: 150508103366 Srf# 0074090128551110 Trn#150508103366 Rfb# | | 30.00 | |
| 5/8 | | WT Fed#02066 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090128551110 Trn#150508103366 Rfb# | | 30,324.84 | 10,727.46 |
| 5/11 | | WT Seq#70003 Sales Data Pro /Org= Srf# 0000842128294410 Trn#150511070003 Rfb# | 11,424.00 | | |
| 5/11 | | Wire Trans Svc Charge - Sequence: 150511070003 Srf# 0000842128294410 Trn#150511070003 Rfb# | | 15.00 | 22,136.46 |
| 5/12 | | Brandrep Inc. ACH Pmt 150512 4977820470 Inv.025 | 11,420.00 | | |
| 5/12 | | Deposit Made In A Branch/Store | 3,117.25 | | |
| 5/12 | | Wire Trans Svc Charge - Sequence: 150512108630 Srf# 0074090132880330 Trn#150512108630 Rfb# | | 30.00 | |
| 5/12 | | WT Fed#03344 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090132880330 Trn#150512108630 Rfb# | | 28,329.63 | 8,313.08 |
| 5/13 | | Deposit Made In A Branch/Store | 8,000.00 | | 16,313.08 |
| 5/14 | | Brandrep Inc. ACH Pmt 150514 4977038302 Inv.030 | 13,900.54 | | |
| 5/14 | | WT Seq#70242 Sales Data Pro /Org= Srf# 0000842133285540 Trn#150514070242 Rfb# | 12,235.83 | | |
| 5/14 | | Wire Trans Svc Charge - Sequence: 150514070242 Srf# 0000842133285540 Trn#150514070242 Rfb# | | 15.00 | 42,435.25 |
| 5/18 | | Brandrep Inc. ACH Pmt 150518 4978082046 Inv.036 | 12,810.27 | | |
| 5/18 | | Deposit Made In A Branch/Store | 3,500.00 | | |
| 5/18 | | Wire Trans Svc Charge - Sequence: 150518102342 Srf# 0074090139876470 Trn#150518102342 Rfb# | | 30.00 | |
| 5/18 | | WT Fed#01080 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090139876470 Trn#150518102342 Rfb# | | 44,711.05 | 14,004.47 |
| 5/19 | | Deposit Made In A Branch/Store | 8,500.00 | | |
| 5/19 | | Cash eWithdrawal In Branch/Store 05/19/2015 10:36 Am 811 W Foothill Blvd Upland CA 6056 | | 2,100.00 | 20,404.47 |
| 5/20 | | WT Fed#04976 Jpmorgan Chase Ban /Org=Innovative Media Inc. Srf# 3075100140Es Trn#150520053169 Rfb# Bmg of 15/05/20 | 25,990.97 | | |
| 5/20 | | Wire Trans Svc Charge - Sequence: 150520053169 Srf# 3075100140Es Trn#150520053169 Rfb# Bmg of 15/05/20 | | 15.00 | 46,388.44 |
| 5/21 | | Deposit Made In A Branch/Store | 12,957.54 | | |
| 5/21 | | Wire Trans Svc Charge - Sequence: 150521073450 Srf# 0074090141237501 Trn#150521073450 Rfb# | | 30.00 | |
| 5/21 | | WT Fed#02625 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090141237501 Trn#150521073450 Rfb# | | 32,856.16 | 26,459.82 |
| 5/22 | | Deposit Made In A Branch/Store | 7,000.00 | | |
| 5/22 | | Deposit Made In A Branch/Store | 2,500.00 | | |
| 5/22 | | WF Direct Pay-Payment- Be-Tran ID Dp052924000 | | 12,340.61 | 23,619.21 |
| 5/27 | | Brandrep Inc. ACH Pmt 150527 4978467354 Inv.945 | 15,635.41 | | |
| 5/27 | | Deposit Made In A Branch/Store | 25.00 | | 39,279.62 |
| 5/28 | | Wire Trans Svc Charge - Sequence: 150528107951 Srf# 0074090146716161 Trn#150528107951 Rfb# | | 30.00 | |
| 5/28 | | WT Fed#03527 Bank of America, N /Ftr/Bnf=Connexum LLC Srf# 0074090146716161 Trn#150528107951 Rfb# | | 21,417.06 | 17,832.56 |
| 5/29 | | WT Seq#91617 Sales Data Pro /Org= Srf# 0000842148635961 Trn#150529091617 Rfb# | 23,219.03 | | |
| 5/29 | | WF Direct Pay Deposit- From Mike Montes @Tollfreezone.Com-Tran ID Dp063244748 | 8,000.00 | | |

Case 1:19-cv-00231-NDF   Document 23   Filed 02/06/20   Page 40 of 54

Case 4:20-cv-00045-RWS-CAN   Document 1-10   Filed 01/17/20   Page 2 of 4 PageID #: 43
Case: 3:16-cv-00076-slc   Document #: 120-1   Filed: 01/23/19   Page 42 of 149

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

| | | |
|---|---|---|
| 1 | | I can't log in. |
| 2 | Q | So in a given business day, approximately how many |
| 3 | | of those calls do you receive? |
| 4 | A | Now, probably none, because we haven't taken on |
| 10:51AM  5 | | too many new clients in a while for that |
| 6 | | particular platform. |
| 7 | Q | Is there a reason why you stopped taking on |
| 8 | | clients for that platform? |
| 9 | A | The guy sitting next to you. |
| 10:51AM  10 | Q | You're referring to Craig Cunningham? |
| 11 | A | Yes. |
| 12 | Q | And lawsuits that have been filed against you by |
| 13 | | Craig Cunningham? |
| 14 | A | Correct. |
| 10:51AM  15 | Q | So when did you stop taking on clients who are |
| 16 | | doing telemarketing robocalling? |
| 17 | A | We still take them on when they call us, but we've |
| 18 | | stopped advertising it.  We're not really pushing |
| 19 | | it.  We're pushing ringless calls.  So if somebody |
| 10:51AM  20 | | calls me, we usually convert them over to ringless |
| 21 | | calls now. |
| 22 | Q | So when did you stop advertising and seeking out |
| 23 | | those clients? |
| 24 | A | Probably about a year ago. |
| 10:52AM  25 | Q | I keep going back to this because you keep using |

42

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

|  |  |  |
|---|---|---|
| | 1 | | that customer will be permanently scrubbed from |
| | 2 | | that particular customer's list. |
| | 3 | | If they -- they have no choice but to scrub |
| | 4 | | against the militant list when they load their |
| 12:28PM | 5 | | data.  And the militant list is a list we've |
| | 6 | | compiled over the years of people who are |
| | 7 | | screamers, just absolutely you don't want to |
| | 8 | | contact these people. |
| | 9 | Q | When you use the word *screamers*, what do you mean |
| 12:28PM | 10 | | by that? |
| | 11 | A | People who threaten lawsuits or actually file |
| | 12 | | lawsuits. |
| | 13 | Q | And where do you obtain the information that this |
| | 14 | | phone number is one that you should add to that |
| 12:28PM | 15 | | list? |
| | 16 | A | So customers will send us lists and say, Please |
| | 17 | | remove these people.  And so we don't remove them, |
| | 18 | | when they do that, we don't remove them from just |
| | 19 | | one list.  We put them in the militant DNC. |
| 12:29PM | 20 | Q | So the militant list that you're talking about is |
| | 21 | | a list that you maintain for your customers who |
| | 22 | | are using the dialer.TO platform? |
| | 23 | A | Correct. |
| | 24 | Q | It's not maintained by Technologic? |
| 12:29PM | 25 | A | It is maintained by Technologic.  We just add the |

90

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

```
         1          numbers to their list.
         2     Q    The list is compiled by you?
         3     A    Correct.
         4     Q    Okay.  And you were saying the system is set up
12:29PM  5          that if one of your customers calls me, I'm always
         6          going to be offered the option to press 9 to not
         7          receive further calls in the future?
         8     A    Assuming that's in their message.  Some customers
         9          may or may not do it.  We don't know because we
12:29PM  10         don't audit their audio files.  But we tell
         11         everybody to make sure that you have an opt out.
         12    Q    Well, whether they're telling me to do it or not,
         13         the system is set up that if I press 9, it's going
         14         to add me onto that specific customer's
12:29PM  15         do-not-call list?
         16    A    Correct.  Right.  And so that's the customer DNC.
         17         So as a customer, you would have your own bucket
         18         of do-not-call lists that you've generated.
         19    Q    Right.  So you really have three do-not-call lists
12:30PM  20         available.  There's the federal one maintained by
         21         the government, there is your militant list that
         22         you maintain, and then each customer would have
         23         their own list of people that press 9?
         24    A    Correct.
12:30PM  25    Q    And how do you obtain access to the federal
```

91

*ex K*

# Wells Fargo Combined Statement of Accounts

Primary account number: ●●●●●●6739 ■ February 1, 2017 - February 28, 2017 ■ Page 1 of 9

**WELLS FARGO**

TOLLFREEZONE.COM, INC
DBA DOCAUDITOR.COM
DBA MOBILE TRACKME
PO BOX 26
SOMERSET WI 54025-0026

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | ●●●●●●6739 | 8,858.67 | 12,611.50 |
| Business Market Rate Savings | 7 | ●●●●●●4450 | 325.25 | 475.26 |
| | | **Total deposit accounts** | **$9,183.92** | **$13,086.76** |

Primary account number: ~~6739~~ ■ February 1, 2017 - February 28, 2017 ■ Page 2 of 9



WELLS FARGO

# Gold Business Services Package

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $8,858.67 |
| Deposits/Credits | 46,486.80 |
| Withdrawals/Debits | - 42,733.97 |
| **Ending balance on 2/28** | **$12,611.50** |
| Average ledger balance this period | $13,737.31 |

Account number: ~~6739~~

TOLLFREEZONE.COM, INC
DBA DOCAUDITOR.COM
DBA MOBILE TRACKME

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib03575Tbg on 02/01/17 | 2,500.00 | | |
| 2/1 | | Go Daddy Web Order 170131 1724333647 Montes | | 8.47 | |
| 2/1 | | Vz Wireless Vw Vzw Webpay 170131 6145915 Michael *Montes | | 592.24 | |
| 2/1 | | Verizon Wireless Payments 170201 076086778900001 000000007608778900001 | | 592.24 | |
| 2/1 | 3541 | Check | | 485.16 | 9,680.56 |
| 2/2 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib0359Zkxh on 02/02/17 | 2,000.00 | | |
| 2/2 | | ATM Withdrawal authorized on 02/02 2000 Northwestern Ave Stillwater MN 0009333 ATM ID 0511M Card 9272 | | 300.00 | |
| 2/2 | | Go Daddy Web Order 170201 1724864007 Montes | | 16.94 | |
| 2/2 | | Midwest Natural Utility xxxxx3203 Montes, Michael OR Amy | | 161.82 | 11,201.80 |
| 2/3 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib035Fmmtj on 02/03/17 | 2,100.00 | | |
| 2/3 | | Go Daddy Web Order 170202 1724988817 Montes | | 7.70 | |
| 2/3 | | Capital One Mobile Pmt 703339809330007 8559494034Montes Micha | | 2,000.00 | 11,294.10 |
| 2/6 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib035L7Bv3 on 02/06/17 | 4,300.00 | | |
| 2/6 | | Merchant Bankcd Discount 170203 287098144889 Tollfreezone.Com Inc. | | 19.95 | |
| 2/6 | | Merchant Bankcd Fee 170203 287098144889 Tollfreezone.Com Inc. | | 66.20 | |
| 2/6 | | WF Direct Pay-Payment- Technologic Inc. Dialer Expense-Tran ID Dp06901539 | | 3,908.96 | |
| 2/6 | | Go Daddy Web Order 170204 1725744477 Montes | | 32.92 | |
| 2/6 | | Go Daddy Web Order 170204 1725935517 Montes | | 60.68 | |
| 2/6 | | Go Daddy Web Order 170205 1725801277 Montes | | 138.01 | |
| 2/6 | 6828 | Check | | 100.45 | 11,266.93 |
| 2/7 | | ATM Check Deposit on 02/07 600 2ND Ave Hudson WI 0002832 ATM ID 5709T Card 5789 | 386.00 | | |
| 2/7 | | Go Daddy Web Order 170206 1726009607 Montes | | 8.47 | |
| 2/7 | | The Bridge Bible Contributn 170207 xx013Nby2Dtlr3 Montes, Michael | | 300.00 | |
| 2/7 | | Payment for Amz Storecard 020617 1243988058 6045781097661507 | | 125.81 | |

Primary account number: ▬▬▬▬6739   ■ February 1, 2017 - February 28, 2017   ■ Page 3 of 9



WELLS FARGO

---

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/7 | | Capital One Online Pmt 703839919343547 8559494034Montes Micha | | 2,000.00 | 9,218.65 |
| 2/8 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib035R7Yp5 on 02/08/17 | 3,300.00 | | |
| 2/8 | | Direct Pay Monthly Base | | 10.00 | |
| 2/8 | | Direct Pay WF Business Pymt Trans | | 12.00 | |
| 2/8 | | Go Daddy Web Order 170207 1726331067 Montes | | 8.47 | |
| 2/8 | | Anthem Bc RA-1201023 170207 0000000792890167 Amy Montes | | 451.43 | 12,036.75 |
| 2/9 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib035T6Pwm on 02/09/17 | 1,000.00 | | |
| 2/9 | | ATM Withdrawal authorized on 02/09 2000 Northwestern Ave Stillwater MN 0000771 ATM ID 0511M Card 5789 | | 300.00 | |
| 2/9 | | Go Daddy Web Order 170208 1726504817 Montes | | 41.28 | |
| 2/9 | | So Cal Gas Paid Scgc 170208 1780060816 301601474076412113 | | 338.15 | 12,357.32 |
| 2/10 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib035Xc6Fw on 02/10/17 | 2,100.80 | | |
| 2/10 | | Cash eWithdrawal In Branch/Store 02/10/2017 11:41 Am 600 2ND St Hudson WI 5789 | | 500.00 | |
| 2/10 | | Incontact Sftwre/Tel 170209 1587306 Michael *Montes | | 7.81 | |
| 2/10 | | Go Daddy Web Order 170209 1726772537 Montes | | 16.94 | |
| 2/10 | | Fdgl Lease Pymt 170210 052-1060846-000 Tollfreezone.Com Inc | | 36.62 | 13,696.55 |
| 2/13 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib036474Xv on 02/13/17 | 5,200.00 | | |
| 2/13 | | Purchase authorized on 02/12 USPS KIOSK 5639609 Hudson WI S467043689627394 Card 9272 | | 24.65 | |
| 2/13 | | Go Daddy Web Order 170211 1727294947 Montes | | 16.94 | |
| 2/13 | | Go Daddy Web Order 170212 1727549377 Montes | | 71.88 | |
| 2/13 | | Meredith Canyon Payments 170210 00110-8338 Montes, Michael James | | 98.90 | |
| 2/13 | | Capital One Mobile Pmt 704239809241429 8559494034Montes Micha | | 2,000.00 | |
| 2/13 | | Go Daddy Web Order 170210 1727073307 Montes | | 25.41 | 16,858.77 |
| 2/14 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib0365Zzvt on 02/14/17 | 300.00 | | |
| 2/14 | | Go Daddy Web Order 170213 1727774387 Montes | | 16.94 | |
| 2/14 | | The Bridge Bible Contributn 170214 xx013NC52E48Hb Montes, Michael | | 300.00 | |
| 2/14 | | Capital One Mobile Pmt 704439809357096 8559494034Montes Micha | | 2,100.00 | 14,741.83 |
| 2/15 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib036Bjfw8 on 02/15/17 | 2,500.00 | | |
| 2/15 | | Go Daddy Web Order 170214 1727996797 Montes | | 8.47 | 17,233.36 |
| 2/16 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib036F3Wh7 on 02/16/17 | 2,900.00 | | |
| 2/16 | | Purchase with Cash Back $ 100.00 authorized on 02/16 Econofoods #3324 107 P Somerset WI P00467047785180019 Card 5789 | | 131.07 | |
| 2/16 | | WF Direct Pay-Payment- Technologic Inc. Dialer Expense-Tran ID Dp07560939 | | 3,714.01 | |
| 2/16 | | St Croix Electri Mnthly Chg Montes, Amy L | | 109.98 | |
| 2/16 | | SD Gas Elec Paid Sdge 170215 4112622295 307401486554895747 | | 283.97 | |
| 2/16 | | Zochnet Elec Draft 216063940725Vjz Michael Montes | | 500.00 | |
| 2/16 | | Capital One Mobile Pmt 704639809366389 8559494034Montes Micha | | 1,250.00 | 14,144.33 |
| 2/17 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib038Hz4Gm on 02/17/17 | 2,700.00 | | |
| 2/17 | | Online Transfer From Mydataguys.Com LLC Business Market Rate Savings xxxxxx9480 Ref #Ib038Hz677 on 02/17/17 | 200.00 | | |
| 2/17 | 3544 | Check | | 200.00 | |
| 2/17 | 3545 | Check | | 750.00 | 16,094.33 |

ex @ L 

# Wells Fargo Business Choice Checking

Account number: ████████8060   ▪   February 1, 2017 - February 28, 2017   ▪   Page 1 of 6

TECHNOLOGIC USA INC
109 E 17TH ST STE 5039
CHEYENNE WY 82001-4543

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add more services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $37,390.53 |
| Deposits/Credits | 462,112.09 |
| Withdrawals/Debits | - 435,806.89 |
| **Ending balance on 2/28** | **$63,695.73** |
| Average ledger balance this period | $43,113.55 |

Account number:  ████████8060

**TECHNOLOGIC USA INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  ███████8060  ▪  February 1, 2017 - February 28, 2017  ▪  Page 2 of 6


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | WT Fed#02415 Bank of America, N /Org=Consultme L.L.C. Srf# 2017020100330176 Trn#170201151567 Rfb# 193018894 | 18,000.00 | | |
| 2/1 | | Wire Trans Svc Charge - Sequence: 170201151567 Srf# 2017020100330176 Trn#170201151567 Rfb# 193018894 | | 15.00 | |
| 2/1 | | WF Direct Pay-Payment- Tran ID Dp06715907 | | 19,517.39 | |
| 2/1 | | Bill Pay Joy Shaikh on-Line No Account Number on 02-01 | | 50.00 | 35,808.14 |
| 2/2 | | Mirabella Group ACH Pmt 170202 5010154934 Technologic USA Inc. | 2,000.00 | | |
| 2/2 | | ATM Withdrawal authorized on 02/02 Tustin Tustin CA 0003995 ATM ID 5876E Card 1764 | | 500.00 | |
| 2/2 | | Withdrawal Made In A Branch/Store | | 6,000.00 | |
| 2/2 | | WF Direct Pay-Payment- Tran ID Dp06797437 | | 2,000.00 | |
| 2/2 | | WF Direct Pay-Payment- Tran ID Dp06815269 | | 17,100.00 | 12,208.14 |
| 2/3 | | Transfer From Walker Alicia on 02/03 Ref # Ppey2Hdpm7 | 34.65 | | 12,242.79 |
| 2/6 | | WT Fed#04026 Bank of America, N /Org=Consultme L.L.C. Srf# 2017020600228903 Trn#170206043165 Rfb# 193348258 | 28,360.00 | | |
| 2/6 | | Deposit Made In A Branch/Store | 21,166.44 | | |
| 2/6 | | Tollfreezone.Com Deposit Dp07009953 Tollfreezone.Com | ( 3,908.96 ) | | |
| 2/6 | | Be Marketing Sol Deposit Dp07012099 Be Marketing Sol | 10,151.01 | | |
| 2/6 | | Wire Trans Svc Charge - Sequence: 170206043165 Srf# 2017020600228903 Trn#170206043165 Rfb# 193348258 | | 15.00 | |
| 2/6 | | WF Direct Pay-Payment- Tran ID Dp06987107 | | 26,942.00 | 48,872.20 |
| 2/7 | | Transfer From Walker Alicia on 02/06 Ref # Ppekg9MG4S | 161.58 | | |
| 2/7 | | Mirabella Group ACH Pmt 170207 5010333964 Io# 319 Vir50906 | 4,765.45 | | |
| 2/7 | | Consultme L.L.C. Sender 170207 xxxxx8404 0000Technologic USA | 10,000.00 | | |
| 2/7 | | WT 2017020700002755 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017020700002755 Trn#170207037724 Rfb# 0000000000424489 | 5,000.00 | | |
| 2/7 | | Wire Trans Svc Charge - Sequence: 170207037724 Srf# 2017020700002755 Trn#170207037724 Rfb# 0000000000424489 | | 15.00 | |
| 2/7 | | WF Direct Pay-Payment- Tran ID Dp07044647 | | 3,626.00 | |
| 2/7 | | WF Direct Pay-Payment- Tran ID Dp07044645 | | 9,500.00 | |
| 2/7 | | WF Direct Pay-Payment- Tran ID Dp07044643 | | 30,206.81 | 25,451.42 |
| 2/8 | | WT 2017020800004417 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017020800004417 Trn#170208065848 Rfb# 0000000000425050 | 7,000.00 | | |
| 2/8 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 2/8 | | Online Dep Detail & Images - Bob | | 3.00 | |
| 2/8 | | Direct Pay WF Business Pymt Trans | | 9.00 | |
| 2/8 | | Direct Pay Monthly Base | | 10.00 | |
| 2/8 | | Direct Pay Nonwf Bus Pymt Trans | | 60.00 | |
| 2/8 | | Wire Trans Svc Charge - Sequence: 170208065848 Srf# 2017020800004417 Trn#170208065848 Rfb# 0000000000425050 | | 15.00 | |
| 2/8 | | WF Direct Pay-Payment- Tran ID Dp07086699 | | 4,527.18 | |
| 2/8 | | WF Direct Pay-Payment- Tran ID Dp07103099 | | 4,750.00 | 23,076.74 |
| 2/9 | | Consultme L.L.C. Sender 170209 xxxxx7336 0000Technologic USA | 20,000.00 | | |
| 2/9 | | Brandrep Inc Payments Nte*Inv.1426\ | 17,714.86 | | |
| 2/9 | | WT Fed#00195 Jpmorgan Chase Ban /Org=Sun Light Solar Leads LLC Srf# 4292800040Es Trn#170209097359 Rfb# Bmg of 17/02/09 | 14,204.00 | | |
| 2/9 | | WT Fed#05299 Jpmorgan Chase Ban /Org=Sun Light Solar Leads LLC Srf# 4284700040Es Trn#170209097373 Rfb# Bmg of 17/02/09 | 15,686.00 | | |
| 2/9 | | Wire Trans Svc Charge - Sequence: 170209097359 Srf# 4292800040Es Trn#170209097359 Rfb# Bmg of 17/02/09 | | 15.00 | |
| 2/9 | | Wire Trans Svc Charge - Sequence: 170209097373 Srf# 4294700040Es Trn#170209097373 Rfb# Bmg of 17/02/09 | | 15.00 | |
| 2/9 | | Purchase authorized on 02/08 Wyomingregistereda 307-637-5151 WY S467039565360671 Card 4950 | | 49.00 | |
| 2/9 | | WF Direct Pay-Payment- Tran ID Dp07177449 | | 16,829.12 | |

Account number: ███████8060  ▪  February 1, 2017 - February 28, 2017  ▪  Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/9 | | WF Direct Pay-Payment- Tran ID Dp07177451 | | 25,650.00 | 48,123.48 |
| 2/10 | | Mirabella Group ACH Pmt 170210 5010598164 Balance for #1344 | 1,246.06 | | |
| 2/10 | | WT 2017021000008200 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017021000008200 Trn#170210087488 Rfb# 0000000000426164 | 4,000.00 | | |
| 2/10 | | WT Fed#03259 Bank of America, N /Org=Consultme L.L.C. Srf# 2017021000354973 Trn#170210146197 Rfb# 193774118 | 20,000.00 | | |
| 2/10 | | Be Marketing Sol Deposit Dp07311921 Be Marketing Sol | 17,540.44 | | |
| 2/10 | | Wire Trans Svc Charge - Sequence: 170210087488 Srf# 2017021000008200 Trn#170210087488 Rfb# 0000000000426164 | | 15.00 | |
| 2/10 | | Wire Trans Svc Charge - Sequence: 170210146197 Srf# 2017021000354973 Trn#170210146197 Rfb# 193774118 | | 15.00 | |
| 2/10 | | WF Direct Pay-Payment- Tran ID Dp07283337 | | 28,398.94 | |
| 2/10 | | WF Direct Pay-Payment- Tran ID Dp07289057 | | 1,183.76 | 61,299.26 |
| 2/13 | | Mirabella Group ACH Pmt 170213 5010719605 Io#1351 | 2,689.91 | | |
| 2/13 | | WT Fed#00205 Pnc Bank South Gen /Org=Capital Leads LLC Srf# 2017021300012311 Trn#170213038650 Rfb# 201702538427iscw | 2,142.07 | | |
| 2/13 | | WT 2017021300006289 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017021300006289 Trn#170213078426 Rfb# 0000000000426698 | 7,000.00 | | |
| 2/13 | | Wire Trans Svc Charge - Sequence: 170213038650 Srf# 2017021300012311 Trn#170213038650 Rfb# 201702538427iscw | | 15.00 | |
| 2/13 | | Wire Trans Svc Charge - Sequence: 170213078426 Srf# 2017021300006289 Trn#170213078426 Rfb# 0000000000426698 | | 15.00 | |
| 2/13 | | Withdrawal Made In A Branch/Store | | 4,500.00 | |
| 2/13 | | WF Direct Pay-Payment- Tran ID Dp07339327 | | 92.02 | |
| 2/13 | | WF Direct Pay-Payment- Tran ID Dp07339325 | | 16,663.42 | |
| 2/13 | | WF Direct Pay-Payment- Tran ID Dp07339323 | | 22,800.00 | |
| 2/13 | | WF Direct Pay-Payment- Tran ID Dp07339321 | | 2,460.41 | 26,485.41 |
| 2/14 | | Brandrep Inc Payments Nte*Inv.1432\ | 16,719.14 | | |
| 2/14 | | Withdrawal Made In A Branch/Store | | 4,500.00 | |
| 2/14 | | WF Direct Pay-Payment- Tran ID Dp07401201 | | 6,650.00 | |
| 2/14 | | WF Direct Pay-Payment- Tran ID Dp07401253 | | 15,883.18 | 16,171.37 |
| 2/15 | | Mirabella Group ACH Pmt 170215 5010896066 Io 1379 | 5,884.36 | | |
| 2/16 | | WF Direct Pay-Payment- Tran ID Dp07491703 | | 5,690.14 | 16,465.59 |
| 2/16 | | Globex Telecom I ACH Pmt 170216 5010928990 Payment From Globex Telecom | 92.02 | | |
| 2/16 | | WT 2017021600007866 Branch Banking A /Org=Sunergy LLC Srf# 2017021600007866 Trn#170216103583 Rfb# 0000000000428249 | 7,000.00 | | |
| 2/16 | | Tollfreezone.Com Deposit Dp07604229 Tollfreezone.Com | 3,714.01 | | |
| 2/16 | | Be Marketing Sol Deposit Dp07676175 Be Marketing Sol | 9,125.78 | | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 170216103583 Srf# 2017021600007866 Trn#170216103583 Rfb# 0000000000428249 | | 15.00 | 36,382.40 |
| 2/17 | | WT Fed#01745 Bank of America, N /Org=Consultme L.L.C. Srf# 2017021700337741 Trn#170217139194 Rfb# 194292864 | 40,000.00 | | |
| 2/17 | | Wire Trans Svc Charge - Sequence: 170217139194 Srf# 2017021700337741 Trn#170217139194 Rfb# 194292864 | | 15.00 | |
| 2/17 | | WF Direct Pay-Payment- Tran ID Dp07688469 | | 3,826.00 | |
| 2/17 | | WF Direct Pay-Payment- Tran ID Dp07688467 | | 8,753.10 | |
| 2/17 | | WF Direct Pay-Payment- Tran ID Dp07691367 | | 6,650.00 | 57,338.30 |
| 2/21 | | Mirabella Group ACH Pmt 170221 5011120504 Partial Paymentio Vir47687 | 3,344.03 | | |
| 2/21 | | Mirabella Group ACH Pmt 170221 5011120585 Io 1389 Gg | 7,857.61 | | |
| 2/21 | | WT 2017022100004971 Branch Banking A /Org=Sunergy LLC Srf# 2017022100004971 Trn#170221070700 Rfb# 0000000000429372 | 3,100.00 | | |
| 2/21 | | Tollfreezone.Com Deposit Dp07767425 Tollfreezone.Com | 4,034.84 | | |
| 2/21 | | Wire Trans Svc Charge - Sequence: 170221070700 Srf# 2017022100004971 Trn#170221070700 Rfb# 0000000000429372 | | 15.00 | |
| 2/21 | | Withdrawal Made In A Branch/Store | | 5,000.00 | |
| 2/21 | | WF Direct Pay-Payment- Tran ID Dp07727637 | | 3,176.83 | |
| 2/21 | | WF Direct Pay-Payment- Tran ID Dp07727633 | | 7,464.73 | |
| 2/21 | | WF Direct Pay-Payment- Tran ID Dp07727639 | | 38,000.00 | 22,018.22 |



# Wells Fargo Combined Statement of Accounts

Primary account number: ⬛⬛⬛⬛6739  ■ March 1, 2017 - March 31, 2017  ■ Page 1 of 10

TOLLFREEZONE.COM, INC
DBA DOCAUDITOR.COM
DBA MOBILE TRACKME
PO BOX 26
SOMERSET WI 54025-0026

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | ⬛⬛⬛⬛48739 | 12,611.50 | 17,541.89 |
| Business Market Rate Savings | 8 | ⬛⬛⬛⬛64450 | 475.26 | 625.27 |
| | | **Total deposit accounts** | **$13,086.76** | **$18,167.16** |

Account number: ⬛⬛⬛8060  ▪  March 1, 2017 - March 31, 2017  ▪  Page 2 of 7



WELLS FARGO

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|------------------|--------------------|---------------------|
| 3/1 | | WT Fed#03515 Bank of America, N /Org=Consultme L.L.C. Srf# 2017030100371374 Trn#170301160301 Rfb# 195285234 | 25,000.00 | | |
| 3/1 | | Wire Trans Svc Charge - Sequence: 170301160301 Srf# 2017030100371374 Trn#170301160301 Rfb# 195285234 | | 15.00 | |
| 3/1 | | WF Direct Pay-Payment- Tran ID Dp08230531 | | 46,258.61 | 42,422.12 |
| 3/2 | | WF Direct Pay-Payment- Tran ID Dp08300017 | | 23,750.00 | 18,672.12 |
| 3/3 | | WT Fed#03026 Bank of America, N /Org=Consultme L.L.C. Srf# 2017030300359406 Trn#170303148711 Rfb# 195528314 | 30,000.00 | | |
| 3/3 | | Be Marketing Sol Deposit Dp08453387 Be Marketing Sol | 5,456.02 | | |
| 3/3 | | Wire Trans Svc Charge - Sequence: 170303148711 Srf# 2017030300359406 Trn#170303148711 Rfb# 195528314 | | 15.00 | 54,113.14 |
| 3/6 | | WT 2017030600007233 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017030600007233 Trn#170306097541 Rfb# 0000000000434859 | 10,000.00 | | |
| 3/6 | | Tollfreezone.Com Deposit Dp08525439 Tollfreezone.Com | 4,153.02 | | |
| 3/6 | | Wire Trans Svc Charge - Sequence: 170306097541 Srf# 2017030600007233 Trn#170306097541 Rfb# 0000000000434859 | | 15.00 | |
| 3/6 | | WF Direct Pay-Payment- Tran ID Dp08505245 | | 5,028.65 | |
| 3/6 | | WF Direct Pay-Payment- Tran ID Dp08505247 | | 28,500.00 | 33,822.51 |
| 3/7 | | Withdrawal Made In A Branch/Store | | 3,750.00 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08556723 | | 9,500.00 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08558321 | | 3,495.02 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08564767 | | 3,800.00 | 13,277.49 |
| 3/8 | | Brandrep Inc Payments Nle*Inv.1472\ | 16,196.41 | | |
| 3/8 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 3/8 | | Direct Pay Monthly Base | | 10.00 | |
| 3/8 | | Direct Pay WF Business Pymt Trans | | 15.00 | |
| 3/8 | | Direct Pay Nonwf Bus Pymt Trans | | 84.00 | |
| 3/8 | | WF Direct Pay-Payment- Tran ID Dp08613927 | | 10,636.59 | |
| 3/8 | | ATM Withdrawal authorized on 03/08 Tustin Tustin CA 0001231 ATM ID 5876E Card 1764 | | 500.00 | 17,227.81 |
| 3/9 | | Consultme L.L.C. Sender 170309 xxxxx9412 0000Technologic USA | 30,000.00 | | |
| 3/9 | | WT 2017030900008239 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017030900008239 Trn#170309102601 Rfb# 0000000000436349 | 6,000.00 | | |
| 3/9 | | Wire Trans Svc Charge - Sequence: 170309102601 Srf# 2017030900008239 Trn#170309102601 Rfb# 0000000000436349 | | 15.00 | |
| 3/9 | | Purchase authorized on 03/08 Wyomingregistereda 307-637-5151 WY S587067525765865 Card 4950 | | 49.00 | |
| 3/9 | | WF Direct Pay-Payment- Tran ID Dp08694995 | | 28,500.00 | |
| 3/9 | | ATM Withdrawal authorized on 03/09 Tustin Tustin CA 0005894 ATM ID 0798G Card 1764 | | 500.00 | 24,163.81 |
| 3/10 | | WT Fed#03105 Jpmorgan Chase Ban /Org=Sun Light Solar Leads LLC Srf# 4738200068Ea Trn#170310110482 Rfb# Bmg of 17/03/10 | 27,985.38 | | |
| 3/10 | | WT Fed#00923 Bank of America, N /Org=Consultme L.L.C. Srf# 2017031003116576 Trn#170310121045 Rfb# 196067530 | 20,000.00 | | |
| 3/10 | | Be Marketing Sol Deposit Dp08822323 Be Marketing Sol | 9,532.43 | | |
| 3/10 | | Wire Trans Svc Charge - Sequence: 170310110482 Srf# 4738200069Ea Trn#170310110482 Rfb# Bmg of 17/03/10 | | 15.00 | |
| 3/10 | | Wire Trans Svc Charge - Sequence: 170310121045 Srf# 2017031003116576 Trn#170310121045 Rfb# 196067530 | | 15.00 | |
| 3/10 | | WF Direct Pay-Payment- Tran ID Dp08810303 | | 5,700.00 | 75,951.62 |
| 3/13 | | Tollfreezone.Com Deposit Dp08686503 Tollfreezone.Com | 4,470.51 | | |
| 3/13 | | WF Direct Pay-Payment- Tran ID Dp08858265 | | 19,000.00 | |
| 3/13 | | WF Direct Pay-Payment- Tran ID Dp08868773 | | 34,933.76 | 26,488.37 |
| 3/14 | | Consultme L.L.C. Sender 170314 xxxxx8772 0000Technologic USA | 15,000.00 | | |
| 3/14 | | Brandrep Inc Payments Nle*Inv.1487\ | 15,859.54 | | |

Account number: ████38060  ▪  March 1, 2017 - March 31, 2017  ▪  Page 2 of 7



WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/1 | | WT Fed#03515 Bank of America, N /Org=Consultme L.L.C. Srf# 2017030100371374 Trn#170301160301 Rfb# 195285234 | 25,000.00 | | |
| 3/1 | | Wire Trans Svc Charge - Sequence: 170301160301 Srf# 2017030100371374 Trn#170301160301 Rfb# 195285234 | | 15.00 | |
| 3/1 | | WF Direct Pay-Payment- Tran ID Dp08230531 | | 46,258.61 | 42,422.12 |
| 3/2 | | WF Direct Pay-Payment- Tran ID Dp08300017 | | 23,750.00 | 18,672.12 |
| 3/3 | | WT Fed#03026 Bank of America, N /Org=Consultme L.L.C. Srf# 2017030300359406 Trn#170303148711 Rfb# 195528314 | 30,000.00 | | |
| 3/3 | | Be Marketing Sol Deposit Dp08453387 Be Marketing Sol | 5,456.02 | | |
| 3/3 | | Wire Trans Svc Charge - Sequence: 170303148711 Srf# 2017030300359406 Trn#170303148711 Rfb# 195528314 | | 15.00 | 54,113.14 |
| 3/6 | | WT 2017030600007233 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017030600007233 Trn#170306097541 Rfb# 0000000000434859 | 10,000.00 | | |
| 3/6 | | Tollfreezone.Com Deposit Dp08525430 Tollfreezone.Com | 4,153.02 | | |
| 3/6 | | Wire Trans Svc Charge - Sequence: 170306097233 Srf# 2017030600007233 Trn#170306097541 Rfb# 0000000000434859 | | 15.00 | |
| 3/6 | | WF Direct Pay-Payment- Tran ID Dp08505245 | | 5,028.65 | |
| 3/6 | | WF Direct Pay-Payment- Tran ID Dp08505247 | | 28,500.00 | 33,822.51 |
| 3/7 | | Withdrawal Made In A Branch/Store | | 3,750.00 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08556723 | | 9,500.00 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08558321 | | 3,495.02 | |
| 3/7 | | WF Direct Pay-Payment- Tran ID Dp08564767 | | 3,800.00 | 13,277.49 |
| 3/8 | | Brandrep Inc Payments Nte*Inv.1472\ | 15,196.41 | | |
| 3/8 | | Direct Pay Individual Pymt Trans | | 0.50 | |
| 3/8 | | Direct Pay Monthly Base | | 10.00 | |
| 3/8 | | Direct Pay WF Business Pymt Trans | | 15.00 | |
| 3/8 | | Direct Pay Nonwf Bus Pymt Trans | | 84.00 | |
| 3/8 | | WF Direct Pay-Payment- Tran ID Dp08513927 | | 10,636.59 | |
| 3/8 | | ATM Withdrawal authorized on 03/08 Tustin Tustin CA 0001231 ATM ID 5876E Card 1764 | | 500.00 | 17,227.81 |
| 3/9 | | Consultme L.L.C. Sender 170309 xxxxx9412 0000Technologic USA | 30,000.00 | | |
| 3/9 | | WT 2017030900008239 Branch Banking A /Org=Global Power Gas Electric LLC Srf# 2017030900008239 Trn#170309102601 Rfb# 0000000000436349 | 6,000.00 | | |
| 3/9 | | Wire Trans Svc Charge - Sequence: 170309102601 Srf# 2017030900008239 Trn#170309102601 Rfb# 0000000000436349 | | 15.00 | |
| 3/9 | | Purchase authorized on 03/08 Wyomingregistereda 307-637-5151 WY S5670675257655865 Card 4950 | | 49.00 | |
| 3/9 | | WF Direct Pay-Payment- Tran ID Dp08594995 | | 28,500.00 | |
| 3/9 | | ATM Withdrawal authorized on 03/09 Tustin Tustin CA 0005894 ATM ID 0798G Card 1764 | | 500.00 | 24,163.81 |
| 3/10 | | WT Fed#03105 Jpmorgan Chase Ban /Org=Sun Light Solar Leads LLC Srf# 4738200068Ea Trn#170310110482 Rfb# Bmg of 17/03/10 | 27,985.38 | | |
| 3/10 | | WT Fed#00923 Bank of America, N /Org=Consultme L.L.C. Srf# 2017031000316576 Trn#170310121045 Rfb# 196067530 | 20,000.00 | | |
| 3/10 | | Be Marketing Sol Deposit Dp08822323 Be Marketing Sol | 9,532.43 | | |
| 3/10 | | Wire Trans Svc Charge - Sequence: 170310110482 Srf# 4738200069Ea Trn#170310110482 Rfb# Bmg of 17/03/10 | | 15.00 | |
| 3/10 | | Wire Trans Svc Charge - Sequence: 170310121045 Srf# 2017031000316576 Trn#170310121045 Rfb# 196067530 | | 15.00 | |
| 3/10 | | WF Direct Pay-Payment- Tran ID Dp08810303 | | 5,700.00 | 75,951.62 |
| 3/13 | | Tollfreezone.Com Deposit Dp08886503 Tollfreezone.Com | 4,470.51 | | |
| 3/13 | | WF Direct Pay-Payment- Tran ID Dp08858265 | | 19,000.00 | |
| 3/13 | | WF Direct Pay-Payment- Tran ID Dp08868773 | | 34,933.76 | 26,488.37 |
| 3/14 | | Consultme L.L.C. Sender 170314 xxxxx8772 0000Technologic USA | 15,000.00 | | |
| 3/14 | | Brandrep Inc Payments Nte*Inv.1487\ | 15,859.54 | | |

# Wells Fargo Business Choice Checking

  

Account number: ████8060 ▪ March 1, 2017 - March 31, 2017 ▪ Page 1 of 7

TECHNOLOGIC USA INC
109 E 17TH ST STE 5039
CHEYENNE WY 82001-4543

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ☐ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $63,695.73 |
| Deposits/Credits | 571,108.62 |
| Withdrawals/Debits | - 567,088.09 |
| **Ending balance on 3/31** | **$67,716.26** |
| Average ledger balance this period | $48,985.49 |

Account number: ████8060

**TECHNOLOGIC USA INC**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Primary account number: ████6739  ■  March 1, 2017 - March 31, 2017  ■  Page 2 of 10



# Gold Business Services Package

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $12,611.50 |
| Deposits/Credits | 70,957.49 |
| Withdrawals/Debits | - 66,027.10 |
| **Ending balance on 3/31** | **$17,541.89** |
| Average ledger balance this period | $16,029.52 |

Account number: ████6739

**TOLLFREEZONE.COM, INC**
**DBA DOCAUDITOR.COM**
**DBA MOBILE TRACKME**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib037Gfgfc on 03/01/17 | 4,900.00 | | |
| 3/1 | | ATM Withdrawal authorized on 03/01 7525 Currell Blvd Woodbury MN 0009288 ATM ID 5842S Card 9272 | | 300.00 | |
| 3/1 | | Go Daddy Web Order 170228 1730872127 Montes | | 5.99 | |
| 3/1 | | The Bridge Bible Contributn 170301 xx013Nck2Ex9Bb Montes, Michael | | 98.00 | 17,107.51 |
| 3/2 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib037Kdctn on 03/02/17 | 1,600.00 | | |
| 3/2 | | Capital One Mobile Pmt 706039809178045 6559494034Montes Micha | | 2,010.00 | 16,697.51 |
| 3/3 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib037P2Jpc on 03/03/17 | 1,200.00 | | 17,897.51 |
| 3/6 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib037W3Rgj on 03/06/17 | 6,900.00 | | |
| 3/6 | | Online Transfer Ref #Iber8Gy458 to Home Equity Line of Credit xxxxxx71500001 on 03/03/17 | | 1,783.22 | |
| 3/6 | 3546 | Deposited OR Cashed Check | | 108.00 | |
| 3/6 | | Cash eWithdrawal in Branch/Store 03/04/2017 12:35 Pm 28211 Crown Valley Pkwy Laguna Niguel CA 5789 | | 400.00 | |
| 3/6 | | Withdrawal Made In A Branch/Store | | 195.00 | |
| 3/6 | | Merchant Bankcd Discount 170303 267098144889 Tollfreezone.Com Inc. | | 19.95 | |
| 3/6 | | Merchant Bankcd Fee 170303 267098144889 Tollfreezone.Com Inc. | | 66.20 | |
| 3/6 | | ATM Withdrawal authorized on 03/06 24961 Dana Point Harbo Dana Point CA 0002607 ATM ID 5469S Card 9272 | | 300.00 | |
| 3/6 | | WF Direct Pay-Payment- Technologic Inc. Dialer Expense-Tran ID Dp08504781 | | 4,153.02 | |
| 3/6 | | Go Daddy Web Order 170305 1732285847 Montes | | 5.99 | |
| 3/6 | | Capital One Mobile Pmt 706239809231075 6559494034Montes Micha | | 2,025.00 | |
| 3/6 | | Midwest Natural Utility 170306 xxxxx3203 Montes, Michael OR Amy | | 165.10 | |
| 3/6 | 6829 | Check | | 18.17 | 15,557.86 |
| 3/7 | | Go Daddy Web Order 170306 1732440547 Montes | | 71.88 | |
| 3/7 | | Waste Management Internet 170305 99674828 Montes Amy | | 157.92 | |

Primary account number:  ████████8739  ■  March 1, 2017 - March 31, 2017  ■  Page 3 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|--------|
| 3/7 | | The Bridge Bible Contribuin 170307 xx013Neq2F8lmd Montes, Michael | | 600.00 | |
| 3/7 | | Toyota Financial Lease_Pay Mar 17 24858011030417 Michael Montes | | 997.35 | |
| 3/7 | | Capital One Mobile Pmt 706539809014647 8559494034Montes Micha | | 1,000.00 | |
| 3/7 | 3548 | Check | | 317.00 | 12,413.71 |
| 3/8 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib0382Csj5 on 03/08/17 | 7,000.00 | | |
| 3/8 | | Direct Pay Monthly Base | | 10.00 | |
| 3/8 | | Direct Pay WF Business Pymt Trans | | 15.00 | |
| 3/8 | | Purchase authorized on 03/06 Beverly Cameras & Montebello CA S087066020950790 Card 5789 | | 53.27 | |
| 3/8 | | Purchase authorized on 03/07 Jack IN The Box #0 Montebello CA S587066599248683 Card 5789 | | 10.52 | |
| 3/8 | | Anthem Bc RA-1201023 170307 000000802757819 Amy Montes | | 451.43 | |
| 3/8 | | Capital One Mobile Pmt 706639809004778 8559494034Montes Micha | | 2,000.00 | 16,873.49 |
| 3/9 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib0385D3Xg on 03/09/17 | 2,700.00 | | |
| 3/9 | | Go Daddy Web Order 170308 1732645257 Montes | | 8.47 | |
| 3/9 | 3547 | Check | | 334.75 | 19,230.27 |
| 3/10 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib0387Dnb6 on 03/10/17 | 3,000.00 | | |
| 3/10 | | Online Transfer Ref #Ibe6R7Y8MT to Home Equity Line of Credit xxxxxx71500001 on 03/10/17 | | 1,783.22 | |
| 3/10 | | Incontact Sftwre/Tel 170309 7616977 Michael *Montes | | 10.30 | |
| 3/10 | | Fdgl Lease Pymt 170310 052-1060848-000 Tollfreezone.Com Inc | | 38.82 | 20,399.93 |
| 3/13 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib038Dbbmc on 03/13/17 | 4,900.00 | | |
| 3/13 | | Purchase authorized on 03/10 Costco Gas #0429 San Juan Capi CA S387069847142846 Card 9272 | | 36.36 | |
| 3/13 | | WF Direct Pay-Payment- Technologic Inc. Dialer Expense-Tran ID Dp08859341 | | 4,470.51 | |
| 3/13 | | Go Daddy Web Order 170311 1732891457 Montes | | 16.94 | |
| 3/13 | | Go Daddy Web Order 170312 1733024647 Montes | | 67.76 | |
| 3/13 | | Meredith Canyon Payments 170310 00110-8338 Montes, Michael James | | 98.90 | |
| 3/13 | | So Cal Gas Paid Scgc 170310 1789080816 301601474707979616 | | 170.59 | |
| 3/13 | | Capital One Mobile Pmt 706939809252499 8559494034Montes Micha | | 2,500.00 | |
| 3/13 | | Capital One Mobile Pmt 707039809314840 8559494034Montes Micha | | 3,000.00 | |
| 3/13 | | Go Daddy Web Order 170310 1732803317 Montes | | 16.94 | 14,921.93 |
| 3/14 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib038G7Bpg on 03/14/17 | 2,100.00 | | |
| 3/14 | 3526 | Check | | 565.00 | 16,456.93 |
| 3/15 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib038Ll6M7 on 03/15/17 | 2,500.00 | | |
| 3/15 | | ATM Withdrawal authorized on 03/15 804 Beverly Blvd Montebello CA 0008546 ATM ID 2029S Card 9272 | | 300.00 | |
| 3/15 | 3549 | Deposited OR Cashed Check | | 200.00 | |
| 3/15 | | The Bridge Bible Contribuin 170315 xx013Ney2Fomd3 Montes, Michael | | 600.00 | |
| 3/15 | | Capital One Mobile Pmt 707039809007001 8559494034Montes Micha | | 2,000.00 | 15,856.93 |
| 3/16 | | Online Transfer From Mydataguys.Com LLC Business Checking xxxxxx7480 Ref #Ib038P6Xpg on 03/16/17 | 5,300.00 | | |
| 3/16 | | ATM Withdrawal authorized on 03/16 32331 Golden Lantern Laguna Niguel CA 0005685 ATM ID 0955D Card 9272 | | 300.00 | |
| 3/16 | | Go Daddy Web Order 170315 1733676107 Montes | | 20.34 | |
| 3/16 | | St Croix Electri Mnthly Chg Montes, Amy L | | 149.67 | |